UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

Before the Honorable JERRY H. RITTER

CRIMINAL CLERK'S MINUTES at Las Cruces

| | | | | | |
|---|---|---|---|---|---|
| Case Number: | **25-3362 MJ** | Date: | **8/28/25** | Recording Information: | **LCR-SIERRA BLANCA** |
| Clerk: | **R HELMICK** | Type of Hearing: | **PRELIMINARY/DETENTION** | | |

| Defendant(s): | Attorney(s): | Appt'd. | Ret'd. |
|---|---|---|---|
| **THOMAS REES** | **DAVID BENATAR** | ☒ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |

| | | | |
|---|---|---|---|
| Assistant U.S. Attorney: | **CHARLES GARCIA** | Interpreter: | **N/A** |
| Pretrial Officer: | **VIRGINIA SILVA** | Court in Session: | **10:34-10:36 A.M. 2 MIN** |

| | |
|---|---|
| ☐ | Agent sworn |
| ☐ | Court questions Defendant regarding his/her physical and mental condition, age, education |
| ☒ | Court advises Defendant(s) of possible penalties and all constitutional rights |
| ☐ | ORAL Motion for Detention Hearing by Government |
| ☐ | Court grants ☐ Government's ☐ Defense counsel's oral motion to continue detention hearing |
| ☐ | Waiver of preliminary hearing & right to grand jury presentment filed in open court |
| ☐ | Defendant admitted violation; Matter referred to the District Judge For a Disposition Hearing |
| ☒ | Defendant in custody |
| ☐ | Conditions of Release continued on Page 2 |
| ☒ | Other: DEFENSE COUNSEL MOVES TO CONTINUE THE PRELIMINARY/DETENTION HEARING, PRIVATE COUNSEL WILL BE FILING AN ENTRY OF APPEARANCE; PRETRIAL SERVICES INTERVIEW REQUESTED; MOTION GRANTED; MATTER TO BE RESET ON WED., 9/3 AT 9:00 AM |