**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

Before the Honorable **KEVIN R. SWEAZEA**

CRIMINAL CLERK'S MINUTES at Las Cruces

| | | | | | |
|---|---|---|---|---|---|
| Case Number: | **25-3439 MJ** | Date: | **9/02/2025** | Recording Information: | **LCR SIERRA BLANCA** |
| Clerk: | **V. RUIZ** | Type of Hearing: | **PRELIMINARY/DETENTION** | | |

| Defendant(s): | Attorney(s): | Appt'd. | Ret'd. |
|---|---|---|---|
| **GERMAN ORTIZ-SANTILLANO** | **JANE GREEK** | ☒ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |

| | | | |
|---|---|---|---|
| Assistant U.S. Attorney: | **ALYSON HEHR** | Interpreter: | **ARMIDA HERNANDEZ** |
| Probation Officer: | **RUBI SEDILLO** | Court in Session: | **10:36 a.m.-10:44 a.m. (8 min)** |

| | |
|---|---|
| ☐ | Court questions Defendant regarding his/her physical and mental condition, age, education |
| ☐ | Court advises Defendant(s) of possible penalties and all constitutional rights |
| ☐ | ORAL Motion for Detention Hearing by Government |
| ☐ | Court grants ☐ Government's ☐ Defense counsel's oral motion to continue detention hearing |
| ☒ | Waiver of preliminary hearing & right to grand jury presentment filed in open court |
| ☐ | Defendant admitted violation; Matter referred to the District Judge For a Disposition Hearing |
| ☐ | Set for change of plea on |

| | |
|---|---|
| ☒ | Defendant appears on release |
| ☒ | Conditions of Release continued on Page 2 |

| | |
|---|---|
| ☒ | Other: PRETRIAL RECOMMENDS DETENTION; DEFENSE COUNSEL PROFFERS FOR RELEASE. GOVERNMENT IS OPPOSED TO RELEASE. |

| CONDITIONS OF RELEASE | | | |
|---|---|---|---|
| | | | |
| ☒ | Bond set: O/R bond | ☒ | Avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including co-defendants. |
| ☐ | Defendant released to the third party custody of: | ☐ | Participate in mental health assessment/treatment/counseling as directed. |
| ☐ | Defendant must reside with the Third Party Custodian. | ☐ | Defendant must maintain residence at the halfway house and comply will all facility rules. |
| ☒ | Defendant must not violate federal, state, or local law while on release. | ☒ | Not possess a firearm, destructive device, or other dangerous weapon |
| ☒ | Defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a. | ☒ | Refrain from the excessive use of alcohol. |
| ☒ | Defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number. | ☐ | Not use or unlawfully possess a narcotic drug or other controlled substances, unless prescribed by a licensed medical practitioner. |
| ☒ | Defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose. | ☐ | Submit to random drug screening as directed by Pretrial Services and not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing. |
| ☒ | Defendant must sign an Appearance Bond, if ordered. | ☐ | Participate in a program of substance abuse treatment as directed by Pretrial Services. |
| ☒ | Report to Pretrial Services for supervision, as directed. | ☐ | Participate in the location monitoring program as directed by pretrial services and comply with all of the program requirements and instructions, employing the following technology and component:<br>Technology: **Radio Frequency (RF)**<br>**Active Global Positioning System (GPS)**<br>Component: **Curfew (hours: 18:00-06:00)**<br>**Home Detention**<br>**Home Incarceration**<br>Defendant must pay all or part of the cost of the program based on ability to pay. |
| ☒ | Continue or actively seek employment. | ☒ | Report as soon as possible, to Pretrial Services, every contact with law enforcement personnel, including arrests, questioning, or traffic stops. |
| ☒ | Surrender passport and not obtain other international travel documents. | ☐ | Refrain from the use and possession of synthetic cannabinoids or legally sold designer drugs. |
| ☒ | Travel restricted to county of residence, with direct travel to Las Cruces, NM for court hearings and meet with attorney; Pretrial is authorized to expand travel; No travel to Mexico. | ☐ | Other: |