**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

Before the Honorable **KEVIN R. SWEAZEA**

CRIMINAL CLERK'S MINUTES at Las Cruces

| | | | | | |
|---|---|---|---|---|---|
| Case Number: | **25-3362 MJ** | Date: | **9/03/2025** | Recording Information: | **LCR SIERRA BLANCA** |
| Clerk: | **V. RUIZ** | Type of Hearing: | **PRELIMINARY/DETENTION** | | |

| Defendant(s): | Attorney(s): | Appt'd. | Ret'd. |
|---|---|---|---|
| **THOMAS REES** | **DAVID BENATAR** | ☒ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |

| | | | |
|---|---|---|---|
| Assistant U.S. Attorney: | **ALYSON HEHR** | Interpreter: | **N/A** |
| Probation Officer: | **LAURA GARIBAY** | Court in Session: | **9:57 a.m.-10:03 a.m. (6 min)** |

| | |
|---|---|
| ☐ | Court questions Defendant regarding his/her physical and mental condition, age, education |
| ☐ | Court advises Defendant(s) of possible penalties and all constitutional rights |
| ☐ | ORAL Motion for Detention Hearing by Government |
| ☐ | Court grants ☐ Government's ☐ Defense counsel's oral motion to continue detention hearing |
| ☒ | Waiver of preliminary hearing & right to grand jury presentment filed in open court |
| ☐ | Defendant admitted violation; Matter referred to the District Judge For a Disposition Hearing |
| ☐ | Set for change of plea on |
| ☒ | Defendant detained as a flight risk |
| ☐ | Conditions of Release continued on Page 2 |
| ☒ | Other: DEFENSE COUNSEL STATES THAT DEFENDANT IN IN PROCESS OF RETAINING COUNSEL, AND THAT COUNSEL WILL FILE MOTION TO RECONSIDER DETENTION IN FUTURE, IF NECESSARY. |