LexisNexis®

# *2:25mj754, USA v. Jensen*

US District Court Criminal Docket

United States District Court, Utah

(Central)

**This case was retrieved on 09/25/2025**

## Header

**Date Filed:** 08/22/2025
**Other Docket:** None

**Class Code:** Closed
**Closed:** 08/27/2025

## Participants

**Defendant**

**Name**
Maxwell Jensen

*TERMINATED: 08/27/2025*

**Attorneys**

**Charges**

**Complaints:** none

**Pending:** none

**Terminated:** none

**Case Assigned To:** Magistrate Judge Dustin B. Pead

**Disposition**

## Proceedings

| # | Date | Proceeding Text | Source |
|---|---|---|---|
| 1 | 08/22/2025 | Arrest (Rule 5) of Maxwell Jensen Warrant out of the USDC New Mexico. Assigned to Magistrate Judge Dustin B. Pead. (lam) (Entered: 08/22/2025) | |
| 2 | 08/22/2025 | ORDER SETTING HEARING OR TRIAL as to Maxwell Jensen. Initial Appearance - Rule 5 set for 8/22/2025 at 03:00 PM in Rm 7.100 before Magistrate Judge Dustin B. Pead. Signed by Magistrate Judge Dustin B. Pead on 08/22/2025.(tls) (Entered: 08/22/2025) | |
| 3 | 08/22/2025 | Minute Entry for proceedings held before Magistrate Judge Dustin B. Pead: Initial Appearance in Rule 5/5.1 Proceedings as to Maxwell Jensen held on | |

EXHIBIT 2

DocketUpdate: USA v. Jensen__

| # | Date | Proceeding Text | Source |
|---|---|---|---|
| | | 8/22/2025. Defendant is present with counsel and in custody. Rights and penalties are explained. Defendant requests detention hearing at a later date, and that the issue of identity be addressed at that time. The Court sets the matter for hearing and orders defendant detained in USMS custody pending further order of the Court. Attorney for Plaintiff: Carol Dain, Attorney for Defendant: Blake Hamilton, Retained. Interpreter: Not Needed. Probation Officer: Gerald Ponder and Eli Ernst. Recording: Electronic. (Time Start: 3:17:40, Time End: 3:30:00, Room 7.100). (tls) (Entered: 08/22/2025) | |
| 4 | 08/22/2025 | DOCKET TEXT ORDER OF TEMPORARY DETENTION as to Maxwell Jensen. No attached document. Detention Hearing set for 8/27/2025 at 10:00 AM in Rm 8.400 before Magistrate Judge Cecilia M. Romero. Signed by Magistrate Judge Dustin B. Pead on 08/22/2025.(tls) (Entered: 08/22/2025) | |
| 5 | 08/27/2025 | **RESTRICTED - Level 2** PRETRIAL SERVICES REPORT as to Maxwell Jensen (dmj) (Entered: 08/27/2025) | |
| 7 | 08/27/2025 | WAIVER of Rule 5(c)(3) Hearing by Maxwell Jensen. (sg) (Entered: 08/27/2025) | |
| 8 | 08/27/2025 | Minute Entry for proceedings held before Magistrate Judge Paul Kohler: RULE 5 Detention Hearing as to Maxwell Jensen held on 8/27/2025. Defendant present with counsel and in custody. Review of the case from the Govt. Court hears arguments from both sides on detention. On the identity issue the Court finds that there is enough evidence the the defendant is in fact Maxwell Jensen. For the reasons stated on the record, the defendant is remanded to the custody of the USMS. Attorney for Plaintiff: Carol Dain, Attorney for Defendant: R. Blake Hamilton. Court Reporter: Electronic.(Time Start: 09:59:21, Time End: 10:32:20, Room 8.400.) (reb) (Entered: 08/27/2025) | |
| 9 | 08/27/2025 | COMMITMENT TO ANOTHER DISTRICT as to Maxwell Jensen. Defendant committed to District of New Mexico. Signed by Magistrate Judge Paul Kohler on 08/27/2025.(sg) (Entered: 08/27/2025) | |
| 10 | 09/24/2025 | AO 436 ELECTRONIC SOUND/AUDIO RECORDING ORDER FORM for proceedings held on 08/27/2025 before Judge Paul Kohler. Name of Hearing Detention Hearing. Time Start 9:59:21. Time End 10:32:20. (Audio Recording fee $ 34, receipt number 11541) Status Paid. (mdj) (Entered: 09/24/2025) | |
| 11 | 09/24/2025 | REMARK re 10 AO 436 Electronic Sound/Audio Recording Order Form. Recording of hearing held on 8/27/2025, ECF no. 8. Audio recording was emailed to the requestor on 9/24/2025. (kec) (Entered: 09/24/2025) | |

Copyright © LexisNexis CourtLink, Inc. All Rights Reserved.
*** THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY ***

End of Document