**IUNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

**Clerk's Minutes**
**Before the Honorable Margaret I. Strickland**

**CASE NO.** **25MJ3354** **DATE:** **November 5, 2025**

**Time in court: 45 minutes**

**TITLE:** **United States v Maxwell Sterling Jensen**

**COURTROOM CLERK:** **Jessica Chavez** **COURT REPORTER:** **Vanessa Alyce**

( ) Albuquerque ( X) Las Cruces ( ) Santa Fe ( ) Roswell

( ) Bench warrant ordered **INTERPRETER:** none

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**
**Joni Stahl**

**ATTORNEYS PRESENT FOR DEFENDANT(S):**
**Brock Benjamin**

**TYPE OF PROCEEDING:** **Appeal of Detention**

**PROCEEDINGS:**

10:49 Court in session

Court on appeal hearing

Ms. Stahl standing in for Ms. Hehr: proffer to the Court, chat messages.

Mr. Benjamin oppose to proffer, exhibit of chat messages.

Mr. Benjamin submitted letters to the Court.

Ms. Stahl proffer to the Court.

Court will allow chats in, will hear parties as to relevance.

Ms. Stahl provides exhibits to the Court. Exhibit 1 superseding Indictment Southern District TX and exhibit 2 chats (bates stamped). Detention hearing held.

11:13 am Mr. Benjamin addresses the Court. Case in TX set for trial in Feb 2026. Request conditions of release be set in this case. Defendant is not a flight risk or danger.

Court parties to brief strength of case for the Court w/citations because parties are complete opposite.

Mr. Benjamin concerns.

Court: Government to submit brief within 2 weeks, defense will respond 10 days.

11:34 am Court in recess.