IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 5:25-MJ-03362-JHR-1 |
| | ) | |
| THOMAS REES, | ) | |
| | ) | |
| Defendant. | ) | |

**GOVERNMENT'S RESPONSE TO THE DEFENDANT'S JOINT MOTION FOR RELEASE FROM CUSTODY**

This matter is before the Court on this its Order requiring the Government to file a response to Defendant Thomas Rees' Joint Motion for Release from Custody. Doc. 25. Pursuant to 18 U.S.C. § 3142, the Government agrees that there are conditions that can be fasted to ensure the appearance of Defendant. The Government requests that this Court Grant the Joint Motion for Release or schedule a hearing based on the new approved third-party custodian.

## I. Procedural History

On August 25, 2025, the Government filed a Criminal Complaint against Defendant, charging him with one count of interstate transportation of stolen property, in violation of 18 U.S.C. § 2314. Doc. 1. The Pretrial Services Office released an Amended Pretrial Services Report on September 2, 2025. Doc. 9. The Pretrial Services Officer recommended Defendant's release with conditions pending the resolution of the case. *Id*. at 3-4.

This Court conducted a detention hearing for this matter on September 3, 2025, and ordered Defendant detained after Pretrial Services' recommended third-party custodian was deemed unsuitable. Docs. 11, 12. Defendant agreed with the Court but reserved the right to reopen the matter

of detention on a later date. Doc. 11. The Pretrial Services Office has now approved a suitable third-party custodian for Defendant and is again recommending his release.

## II. Analysis

The Government agrees that there are conditions that could be fashioned to ensure the appearance of Defendant. The Government does not believe that Defendant is a danger to the community. Further, 18 U.S.C. § 3142(f) allows this Court to reopen a hearing on the matter of detention at any point before trial when, as here, new and material information exists that can reasonably assure the appearance of a defendant in future hearings. There is now a suitable third-party custodian that Pretrial Services approved, and unlike the previously approved third-party custodian, the Government has no information to indicate that the new proposed third-party custodian is unsuitable to supervise Defendant.

The only potential risk of flight would be Defendant's lack of ties to the District of New Mexico. However, Pretrial Services believes that conditions can be fashioned to address this risk and the Government agrees. The Government requests a secured bond to ensure the Defendant's appearance at court. If the Court has additional concerns, location monitoring could further ensure Defendant's compliance with conditions and mitigate any risk of flight.

## III. Conclusion

Given the new approved third-party custodian, the Government agrees with Defendant and

Pretrial Services that conditions of release can be fashioned and would respectfully ask that this Court grant pretrial release, or, in the alternative, hold a detention hearing on the issue.

Respectfully Submitted,

RYAN ELLISON
Acting United States Attorney

***Electronically filed on 10/10/2025***
ALYSON R. HEHR
ALAN AGUIERRE-RIVERA
Assistant United States Attorneys
200 N. Church Street
Las Cruces, New Mexico 88001
(575) 522-2304 – Tel.

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification to defense counsel of record on this date.
/s/ ______________________
ALYSON R. HEHR