**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **Plaintiff,** | § | |
| **v.** | § | **CAUSE NO. 5:25-cr-04750-SMD** |
| | § | |
| **MAXWELL JENSEN** | § | |
| | § | |
| **Defendant.** | § | |

## AGREED MOTION TO EXTEND PROTECTIVE ORDER

Defendant, Maxwell Jensen, by and through his attorney of record hereby moves this Court for an Order extending the protective order it entered in Doc 21, on October 3, 2025.

On September 30, 2025 the United States filed an Amended Motion for Protective Order. That motion sought and received permission through Doc. 21 to extend disclosure of the discovery to Attorneys Trey Martinez and Robert Guerra who represent Mr. Maxwell Jensen in the Southern District of Texas.

Counsel has spoken with the United States and they are not opposed to the inclusion of Jason Davis, counsel for James Jensen (father and co-defendant) of Maxwell Jensen in the Southern District of Texas being included. Therefore the undersigned files this motion seeking a second amendment of the protective order. All other conditions of that order are requested to remain in place.

The United States by and through her attorney of record Alysson Herr indicated that it was in agreement with this request on November 13, 2025 by email.

*/s/ Brock Benjamin*_____________________
BROCK BENJAMIN
Attorney for Defendant
New Mexico Bar No. 141535
1013 E. San Antonio Ave.
El Paso, Texas 79901
Tel: 915-412-5858
Fax: 915-503-2224
E-Mail: brock@brockmorganbenjamin.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this the 13th day of November, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and service to all CM/ECF registrants.

s/ *Brock Benjamin*___________________
BROCK BENJAMIN