IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NO. 25cr4750 MIS |
| | ) | |
| MAXWELL STERLING JENSEN, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF WITHDRAWAL AS COUNSEL**

The United States of America notifies the Court that ALAN AGUIRRE-RIVERA, Assistant United States Attorney, hereby withdraws as counsel for the United States in this case.

Respectfully Submitted,

RYAN ELLISON
Acting United States Attorney

***Electronically Filed 11/25/25***
ALAN AGUIRRE-RIVERA
Assistant U.S. Attorney
200 N. Church Street
Las Cruces, NM 88001
(575) 522-2304

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification to defense counsel of record.

*/s/*
ALAN AGUIRRE-RIVERA
Assistant U.S. Attorney