**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 2:25 MJ-0354 |
| | ) | CR 25-4750 MIS |
| **MAXWELL STERLING JENSEN,** | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER DENYING APPEAL OF DETENTION ORDER**

**THIS MATTER**, having come before the Court upon Defendant's *Appeal of Detention Order* (doc. 22). The Court, after reviewing the parties' filings, and hearing argument from the parties on November 5, 2025, orders as follows:

**IT IS HEREBY ORDERED** that the Defendant's *Appeal of Detention Order* is hereby denied. After being fully apprised, the Court finds the weight of the evidence is strong, and that there is clear and convincing evidence that there are no conditions or combination of conditions that would reasonably assure the safety of any other person and the community. Further, the Court finds by a preponderance of evidence that the defendant poses a flight risk. Accordingly, Defendant shall remain detained pending trial in this matter.

Margaret Strickland

THE HONORABLE MARGARET I. STRICKLAND
DISTRICT COURT JUDGE