31IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MAXWELL JENSEN, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CRIMINAL NO.: CR 25-4750 MIS |

## JOINT MOTION TO DECLARE CASE COMPLEX

The United States, joined by the defendants Thomas Rees, Christopher Ortega, Christian Contreras-Varela, and German Ortiz-Santillano, through counsel, move this Court to declare this matter a complex case pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii). Maxwell Jensen, through his attorney, takes no position on this motion. As grounds for this motion, the parties state:

On November 12, 2025, a grand jury returned a four-count Indictment charging all defendants with a violation of 18 U.S.C. § 371: Conspiracy, and 18 U.S.C. § 2314: Transportation of Stolen Property, and charging defendant Contreras-Varela in Count 4 with a violation of l8 U.S.C. § 922(g)(5) and 924: Alien in Possession of a Firearm and Ammunition. Doc. 37. All defendants, with the exception of Contreras-Varela, waived their arraignments. Defendants Jensen and Contreras-Varela remain detained pending resolution of the case.

Though the investigation of this case only lasted approximately one and a half months, it involved multiple federal agencies. The investigation centered on the activities of the defendants in this case and their co-conspirators regarding their involvement in oil theft and money laundering. The discovery in this case is voluminous and complicated. Already, the government has disclosed over 1700 pages of discovery and a few hours of recorded conversations. This

includes several phone dumps and bank records. The discovery will also include voluminous investigative reports regarding the co-conspirators' financial activity in furtherance of the oil theft operation, surveillance performed by agents, and encounters with the defendants and their co-conspirators.

In order to provide counsel with a reasonable amount of time for effective preparation, to include reviewing all of the discovery with the defendants, the parties seek to vacate the current trial setting, vacate the Court's standard scheduling order, and to declare this case complex pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii). Due to the nature of the prosecution, this case is so complex that it is unreasonable to expect the defendants to adequately prepare for trial within the 70-day time limit established by 18 U.S.C. § 3161(c)(1).

A failure to grant this motion and require the defendants to proceed to trial within the 70-day time limit likely would result in a miscarriage of justice by denying the defendants adequate opportunity to review the evidence in this case, conduct their own investigations, and resolve any legal issues which may directly impact the outcome of this case.

Allowing time for such review and investigation may lead to the conservation of public and judicial resources, in that it may result in a resolution of the case without the need for trial.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the joined parties believe that the ends of justice served by granting this motion outweigh the best interest of the public and the defendants in a speedy trial.

In view of the complexity of this case and the fact that this case may require a significant period of time to resolve, appointed CJA counsel request that this Court permit interim billing.

WHEREFORE, based on the foregoing reasons, the United States and the aforementioned defendants, through their counsel, request that the Court enter an order: (1) designating the above-

captioned case as a complex case; (2) vacating the existing discovery orders and any other deadlines presently set in this case; (3) directing the parties to submit a proposed discovery and case management scheduling order; (4) tolling the time limits of the Speedy Trial Act, as it pertains to the defendants, pursuant to 18 U.S.C. §3161(h)(7)(B)(ii); and (5) permitting interim billing by CJA appointed defense counsel.

Respectfully submitted,

RYAN ELLISON
Acting United States Attorney

*/s/ Electronically filed 12/10/2025*
ALYSON R. HEHR
JAMES DICKENS
Assistant United States Attorneys
200 N. Church Street
Las Cruces, NM 88001
(575) 522-2304

I HEREBY CERTIFY that I electronically filed the foregoing using the CM/ECF system which will send notification to defense counsel of record.

*/s/ Electronically filed 12/10/2025*
ALYSON R. HEHR
Assistant United States Attorney