IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MAXWELL JENSEN, et al.,<br><br>Defendants. | ) | CRIMINAL NO.: 25-CR-4750 MIS |

**RESPONSE TO DEFENDANT'S ARGUMENT FOR PROPOSED SCHEDULING ORDER**

The United States proposed a scheduling order with a trial date of June 8, 2026. Defendant Jensen proposed a trial date of April 27, 2026. To date, the United States has produced 2799 pages of discovery.

Undersigned counsel is currently scheduled to be in trial with Brock Benjamin, counsel for Defendant Jensen, and this Court on April 14, 2026, in the Government's case against Juan Gomez-Montiel, 25-cr-5041. The Government's proposed order would give both the government and defense counsel adequate time to prepare for both trials. Additionally, undersigned counsel is scheduled to be in trial in the Government's case against Alejandro Villalobos-Torres, 25-cr-2129 KG, on March 2, 2024. A June trial date would likewise give Defendant Jensen sufficient time to prepare for his July 13th trial.

The United States would respectfully request the Court adopt the Government's proposed order, or to hold a hearing to determine the best date for trial.

Respectfully submitted,

TODD BLANCHE
Deputy Attorney General

RYAN ELLISON
First Assistant United States Attorney

***Electronically Filed 1/20/26***
ALYSON R. HEHR
JAMES DICKENS
Assistant United States Attorney
200 N. Church Street
Las Cruces, NM 88001
(575) 323-5241

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification to defense counsel of record on this date.

***Electronically Filed 1/20/26***
ALYSON R. HEHR
Assistant U.S. Attorney