UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>**MAXWELL JENSEN,**<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CRIMINAL NO. 25-CR-4750-MIS |

**Opposed Motion to Enforce Scheduling Order (Doc. 86)**

The United States hereby asks this Court to enforce the scheduling order (doc 86). As grounds for its motion, the United States asserts the following:

1. Defendant Jensen and the Government filed their respective proposed scheduling orders with the Court on January 12, 2026.
2. Defendant Jensen filed a Motion for a Pretrial James Hearing on January 13, 2026. Doc. 84.
3. The Court adopted the Government's proposed scheduling order on January 20, 2026. Doc. 86.
4. The United States has been ordered to complete its discovery obligation (except for the government's continuing duty to disclose) on March 9, 2026. Doc. 86.
5. Under the Court's Scheduling Order, motions for a *James* hearing are not due until April 20, 2026. Doc. 86.
6. Under the Court's Scheduling Order, responses to motions for a *James* hearing are not due until April 27, 2026. Doc. 86.

7. The United States asked Brock Benjamin, counsel for Defendant Jensen, if he agreed that responses to motions are not due until April 27, 2026. Counsel responded that he opposes the April 27th deadline imposed by the Court.

8. A *James* hearing is premature given the deadline for discovery has not passed.

Therefore, the United States requests this Court to enforce the Court's scheduling order and allow the United States to respond to Defendant's motion on April 27, 2026. Counsel for Defendant Jensen opposes this motion.

Respectfully submitted,

TODD BLANCHE
Deputy Attorney General

RYAN ELLISON
First Assistant United States Attorney

***Electronically filed on 1/22/2026***
ALYSON R. HEHR
JAMES DICKENS
Assistant United States Attorney
200 N. Church Street
Las Cruces, NM 88001
(575) 522-2304

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification to defense counsel of record.

***Electronically filed on 1/22/2026***
ALYSON R. HEHR
Assistant United States Attorney