**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **Plaintiff,** | § | |
| **v.** | § | **CAUSE NO. 5:25-cr-04750-MIS** |
| | § | |
| **MAXWELL JENSEN** | § | |
| | § | |
| **Defendant.** | § | |

**DEFENDAN'TS RESPONSE TO**
**USA'S MOTION TO ENFORCE SCHEDULING ORDER**

Comes now, Maxwell Jensen and files this response to the United States' Opposed motion. Defendant further clarifies facts as related by the United States.

1. Defendant Jensen filed his Argument in Support of his proposed scheduling order (Doc. 83) on January 11, 2026. Attached to this filing was a proposed scheduling order.
2. The record does not reflect how the United States submitted or provided the proposed version to the Court.[1]
3. The Defendant has filed and will continue to file motions to litigate the matter as he maintains his innocence and that this matter was brought to bring pressure to resolve the matter in the Southern District of Texas. Defendant understands that the dates in the order are deadlines by which actions by one party must be completed triggering response deadlines in compliance with the local rule timelines.

[1] When asked later in the week, the United States stated that it had emailed the order but not when and the undersigned did not receive a copy of it.

4. Counsel has filed a suppression motion, a James Motion, and counsel is filing a Brady motion. These are ripe and necessary based on representations by the United States. Delay in reviewing these motions will harm the defendant. As outlined in the Brady motion, exculpatory evidence has been in the possession of the United States for over six months. This has harmed the defendant and prevented meaningful investigation.
5. The United States has attempted to delay this matter and detained the defendant. The defendant objects to this tactic and raises this objection with the Court.
6. Specifically, the Brady motion and James motion attack disclosure failures that the defendant believes are important to the defense to have resolved to avoid the United States failing to fulfill its Rule 5 duties. These disclosures are necessary so the defense can prepare for the trial date.
7. The Defendant does not believe that the United States has shown any cause, much less good cause for delay in responding to briefing deadlines imposed by the rules of this district.
8. The undersigned requests that the Court deem any responses filed outside of the timeline in the rules as waived.

Respectfully submitted

*/s/ Brock Benjamin*
BROCK BENJAMIN
Attorney for Defendant
New Mexico Bar No. 141535
1013 E. San Antonio Ave.
El Paso, Texas 79901
Tel: 915-412-5858
Fax: 915-503-2224
E-Mail: brock@brockmorganbenjamin.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this the 28th day of January, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and service to all CM/ECF registrants.

s/ *Brock Benjamin*___________________
BROCK BENJAMIN