**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **Plaintiff,** | § | |
| v. | § | **CAUSE NO. 5:25-cr-04750-MIS** |
| | § | |
| **MAXWELL JENSEN** | § | |
| | § | |
| **Defendant.** | § | |

## NOTICE OF GOOD STANDING

I, BROCK BENJAMIN, an active member of the Bar of the State of Texas and member of the U.S. District Court for the District of New Mexico, request that this Court admit pro hac vice Benigno Martinez who will be counsel for the Defendant, MAXWELL JENSEN, in the case listed above. I have confirmed that Benigno Martinez is a member in good standing of the State of Texas, where Benigno Martinez's principal practice is located. Attached is a copy of Benigno Martinez's Certificate of Good Standing

*/s/ Brock Benjamin*

BROCK BENJAMIN
Attorney for Defendant
New Mexico Bar No. 141535
1013 E. San Antonio Ave.
El Paso, Texas 79901
Tel: 915-412-5858
Fax: 915-503-2224
E-Mail: brock@brockmorganbenjamin.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this the 18th day of February, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and service to all CM/ECF registrants.

s/ *Brock Benjamin*___________________
BROCK BENJAMIN

# STATE BAR OF TEXAS

*Office of the Chief Disciplinary Counsel*

February 12, 2026

Re: Benigno Martinez, State Bar Number 00797011

To Whom It May Concern:

This is to certify that Benigno Martinez was licensed to practice law in Texas on November 01, 1996, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web

P.O. BOX 12487, CAPITOL STATION, AUSTIN, TEXAS 78711-2487, 512.427.1350; FAX: 512.427.4253