**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA

v.

Case No. 5:25-cr-04750-MIS

MAXWELL STERLING JENSEN,

Defendant.

**ORDER FOR SUPPLEMENTAL BRIEFING ON DEFENDANT'S MOTION TO SUPPRESS**

THIS MATTER is before the Court on Defendant's Motion to Suppress Evidence Under the Government-Agent Doctrine ("Motion"), ECF No. 76, filed on December 24, 2025. The Government filed a Response on January 7, 2026, ECF No. 82. On February 18, 2026, the Court held a hearing on the Motion, *see* Am. Notice of Hr'g on Mot., ECF No. 101.

At the hearing, the Court notified the Parties that (1) Defendant may request discovery documents from the Government related to the Motion and (2) both Parties have until March 23, 2026 to file simultaneous supplemental briefings to their respective Motion and Response addressing: whether and why the Parties think the source of information's actions are attributable to the Government; whether Defendant had a right of privacy under the Fourth Amendment; whether or not there was an actual search (i.e. how the source of information got the information in question); how information was used; and any potential "fruit of the poisonous tree" consequences. Abbreviated Tr. of Hr'g of Feb. 17, 2026 at 2:3 – 7:19.[1] Following the submission of the simultaneous briefings the Court may schedule an additional hearing. *Id.* at 3:9-11.

[1] The Court's citations to the transcript of the hearing refers to the court reporter's original, unedited version. Any final transcript may contain slightly different page and/or line numbers.

Accordingly, it is **HEREBY ORDERED** that:

**1.** Defendant is **ORDERED** to request relevant discovery materials from the Government by February 23, 2026; and

**2.** Both Parties are **ORDERED** to submit supplemental briefings to their respective Motion and Response by March 23, 2026.

Margaret Strickland

**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE