FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

MAR - 4 2026

MITCHELL R. ELFERS
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

Plaintiff,

vs. Case No. 25-CR-04750-MIS

GERMAN ORTIZ-SANTILLANO

Defendant.

**WAIVER OF APPEARANCE AT ARRAIGNMENT AND ENTRY OF NOT GUILTY**

I understand that a Grand Jury returned a Superseding Indictment charging me with a criminal offense or offenses.

In connection with this Superseding Indictment, I understand that I am entitled to personally appear before the Court at every stage of criminal proceedings, including arraignment.

I have received and read a copy of the Superseding Indictment or have had the Superseding Indictment read to me in my native language, and I understand the offense(s) with which I am charged.

I have been advised of the maximum penalties the Court may impose on me upon a conviction of the offense or offenses charged.

I have been advised of my right of silence; my right to competent legal representation at every critical stage of the proceedings; my right to a trial, including a trial before a jury; my right at such trial to confront my accusers, that is, to see, to hear and to questions witnesses and

accusers who come to Court to offer evidence against me; my right to testify , or not to testify, as I so determine; my right to summons witnesses and have my witnesses attend Court and testify on my behalf; and my right to appeal the conviction and sentence if I am convicted.

I have been advised of my right to be presumed innocent and to be free from conviction unless and until the United States is able to prove through competent, admissible evidence, beyond a reasonable doubt, that I committed each essential element of each crime charged.

After reading and understanding the Superseding Indictment, the penalties and my rights, and pursuant to Fed.R.Crim.P. 19(b), I request that the Court permit me to waive my personal appearance in Court for the arraignment, and I enter a plea of not guilty to the charges contained in the Superseding Indictment.

GERMAN ORTIZ-SANTILLANO
Defendant

MARY STILLINGER
Attorney for Defendant

APPROVAL OF JUDGE

Having considered the Defendant's application to waive his/her personal appearance and good cause appearing, I grant/deny the request **(circle one).**

Date 3/4/2026

United States Magistrate Judge