**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| | § | |
| | § | |
| **v.** | § | **CAUSE NO.  5:25-cr-04750-MIS** |
| | § | |
| **MAXWELL JENSEN** | § | |

---

**Defendant's Supplemental Briefing in Support of his Motion to Suppress Evidence Under the Government-Agent Doctrine**

---

TO THE HONORABLE COURT:

COMES NOW Defendant, Maxwell Jensen, and by and through undersigned counsel, respectfully submits his Supplemental Briefing in Support of his Motion to Suppress Evidence Under the Government-Agent Doctrine, and would respectfully show the Court as follows:

**I.**

1.      On February 18, 2026, this Court conducted a contested evidentiary hearing regarding Defendant's Motion to Suppress Evidence Under the Government-Agent Doctrine. *See Dkt. No. 108.* Following the examination of FBI Special Agent Jeronimus, the Court tasked the Defense to provide any supplemental briefing in support of its argument that the SOI, given his role and conduct in the investigation of Defendant, was an agent of the Government during all relevant times. By and through its Motion, Defendant requested that this Court suppress any and all confidential information obtained by the Government through the SOI given his role as an agent of the Government.[1]

---

[1] Defendant in a separate motion being filed concurrently is asking the Court to exclude all the CI evidence as the United States has not produced information to include the "shadow files" as ordered by the Court at the February 18, 2026 hearing.

2.      As the Court indicated in the February 18, 2026, hearing, there is a significant amount of proprietary, confidential information obtained by the SOI, and later transferred and used by the Government, as part of its investigation and criminal prosecution of Defendant.  Defendant re-urges this Court to suppress this information, as it violates the longstanding prohibition in the 10th Circuit against using government agents to obtain confidential and proprietary information procured by ill-gotten means.  Moreover, as Defendant noted at the time of the February 18, 2026, hearing, there is significant overlap in the legal and procedural arguments presented by and through this Motion to Suppress for violations of Defendants' Fourth Amendment rights, and those presented in Defendant's Motion to Suppress for violations of his Sixth Amendment rights, under the *Massiah* doctrine, which is filed contemporaneously with this supplemental brief.  Defendant hereby incorporates by reference, and adopts in its entirety as set forth herein, all legal and evidentiary arguments made in its *Massiah* motion.

3.      At the hearing the Court requested as to whether the government directed the CI to obtain information. Attached as exhibit "A" is one such request from the Agent to the CI. This shows that the CI was acting directly as a government agent conducting searches in violation of the Fourth Amendment.

4.      Moreover, while the Court contemplates what information to exclude under the 4th Amendment as set out in the original motion and this supplement, Defendant reserves the right to supplement this Motion once counsel obtains all the discovery as ordered by the Court as there is still significant information that has not been properly produced.

## II.    CONCLUSION

**WHEREFORE, PREMISES CONSIDERED,** Defendant respectfully requests that this Court suppress any material obtained by the Government by and through the SOI, in violation of

Defendant's Fourth Amendment rights, and grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

/s/ Brock Benjamin
BROCK BENJAMIN
Attorney for Defendant
New Mexico Bar No. 141535
1013 E. San Antonio Ave.
El Paso, Texas 79901
Tel: 915-412-5858
Fax: 915-503-2224
E-Mail:  brock@brockmorganbenjamin.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this the 23rd  day of March, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and service to all CM/ECF registrants.

s/ Brock Benjamin
BROCK BENJAMIN