**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| | § | |
| **v.** | § | **CAUSE NO. 5:25-cr-04750-MIS** |
| | § | |
| **MAXWELL JENSEN** | § | |

**<u>JENSEN NOTICE ON EXHIBIT "A" UNSEALING</u>**

The undersigned counsel filed a Supplemental Briefing yesterday in ECF. No. 149. Subsequently he filed a Motion to Seal Exhibit "A" to that briefing in ECF. No. 150. The Court in in ECF. No. 152 Ordered counsel to Show Cause why the document should not be unsealed. Counsel has conferred with the United States and been told that the United States does not oppose the unsealing of that specific Exhibit's documents.

Therefore, the undersigned requests that the Court unseal ECF. No. 150's Exhibit "A". Counsel attaches Exhibit "A" to this notice for ease as well.

Respectfully submitted,

*<u>/s/ Brock Benjamin</u>*

BROCK BENJAMIN
Attorney for Defendant
New Mexico Bar No. 141535
1013 E. San Antonio Ave.
El Paso, Texas 79901
Tel: 915-412-5858
Fax: 915-503-2224
E-Mail: brock@brockmorganbenjamin.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this the 24th day of March, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and service to all CM/ECF registrants.

s/ *Brock Benjamin*___________________
BROCK BENJAMIN


4:14 91°
5G 34
Max
barrel to give to you
I need bank account information so they can send you $41,500
Unread
WIRES - INCOMING INSTRUCTIONS – Bahamas
USD Funds
Destination: CHASUS33
(IBK) JP Morgan Chase Bank,
New York
ABA#021000021
Pay to Bank: /001 1 188448
(BBK) ROYCBSNS
Royal Bank of Canada
Nassau, Bahamas
Beneficiary: /00499 7 0 5 7 5 7 3
Elline Sineus Construction
(Name of Account holder)
The format for the beneficiary account number is: The first 5 digits are the transit number and the last seven digits are the account number.
4:14 PM
RCS message

EXHIBIT "A"


4:30
LTE
EF
Unread
Okay let me get it
WIRING INSTRUCTIONS:
INTERNATIONAL: SWIFT CODE PNCCUS33
DOMESTIC: ROUTING 043000096
BANK ADDRESS: PNC Bank
500 First Avenue
Pittsburgh, PA 15219.
USA
Phone Number: (USA)
Further Credit to account Number: 1245641118 CHECKING
Customer Name(s): ELLINE LORENCE SINEUS
The other guy has never messaged me, but this is Max's banking information for when people start buying items out here at this facility.
Apparently that other account was closed here is the other one
can send you $41,500
Unread
WIRES - INCOMING INSTRUCTIONS – Bahamas
Text Message


4:30
LTE
EF
CHECKING
(USA)
The other guy has never messaged me, but this is Max's banking information for when people start buying items out here at this facility.
Apparently that other account was closed here is the other one
can send you $41,500
Unread
WIRES - INCOMING INSTRUCTIONS – Bahamas
USD Funds
Destination: CHASUS33
(IBK) JP Morgan Chase Bank,
New York
ABA#021000021
Pay to Bank: /001 1 188448
(BBK) ROYCBSNS
Royal Bank of Canada
Nassau, Bahamas
Beneficiary: /00499 7 0 51513
Elline Sineus Construction
(Name of Account holder)
The format for the beneficiary account number is: The first 5 digits are the transit number and the last seven digits are the account number.
99% sure that the account y'all might be looking for
Text Message

4:31 LTE

EF




Also these guys are doing the exact same thing that Max was doing at this location they admitted it it is three Partners all three are Hispanic one is a younger guy the other two are in their mid to late forties maybe early 50s I only have the Facebook of one guy and his wife sending those pictures now but they kept going on and on and on how they couldn't believe that Max got caught and how much business they've done with him in the past

Text Message