UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>**MAXWELL JENSEN,**<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CRIMINAL NO. 25-CR-4750-MIS |

**UNITED STATES' RESPONSE TO DEFENDANT MAXWELL STERLING JENSEN'S MOTION FOR EXTENSION OF TIME TO DISCLOSE EXPERT WITNESSES**

The United States respectfully responds to Defendant Maxwell Sterling Jensen's Motion for Extension of Time to Disclose Expert Witnesses, or in the Alternative, Motion to Strike [Docket No. 164]. The United States does not oppose Defendant Jensen's requested extension of the defense expert-disclosure deadline set by the Scheduling Order [Docket No. 86] to May 4, 2026. Because the United States does not oppose that relief, the Court should grant the requested extension.

The United States does oppose the motion insofar as Defendant alternatively asks the Court to strike the United States' experts disclosed in its Notice of Expert Witness Testimony Regarding the Oil Industry and Money Laundering [Docket No. 163]. Exclusion is not the preferred remedy where any prejudice can be cured by a continuance or short extension. *See United States v. Golyansky*, 291 F.3d 1245, 1249–50 (10th Cir. 2002). Because the United States does not oppose the requested extension, the alternative request to strike should be denied.

Respectfully submitted,

TODD BLANCHE
Acting Attorney General
RYAN ELLISON
First Assistant United States Attorney

***Electronically Filed 4/13/26***
BENJAMIN T. SUSLAVICH
Assistant United States Attorney
200 N. Church Street
Las Cruces, NM 88001

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification to defense counsel of record on this date.

***Electronically Filed 4/13/26***
BENJAMIN T. SUSLAVICH
Assistant U.S. Attorney