IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>**MAXWELL STERLING JENSEN, ET AL.,**<br><br>Defendants. | NO. 25-CR-4750 MIS |

ORDER GRANTING EXTENSION OF TIME TO ENTER PLEA AGREEMENT

THIS MATTER having come before the Court upon the Government's motion for an extension of time from April 13, 2026, within which to enter any plea agreement, and the Court having reviewed the motion and being fully advised in the premises, FINDS that the motion is well taken and shall be granted.

IT IS THEREFORE ORDERED that the parties shall notify the Court by April 27, 2026, of their intention to enter any plea agreements.

Margaret Strickland

MARGARET I. STRICKLAND
United States District Judge