UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
**BEFORE THE HONORABLE MARGARET I. STRICKLAND**

# CRIMINAL CLERK'S MINUTES-STATUS HEARING

CASE NUMBER: **CR 25-4750 MIS** DATE: **4/30/2026**

CRD**: JESSICA CHAVEZ** COURT REPORTER: **VANESSA ALYCE CHAVEZ**

CASE: U.S. v **MAXWELL STERLING JENSEN ET AL**

| DEFENDANT(S): | ATTORNEY(S): |
|---|---|
| MAXWELL JENSEN (Not Present) | ROBERT GUERRA & BENIGNO MARTINEZ |
| THOMAS REES (Not Present) | SAMUEL JOSEPH |
| CHRISTIAN CONTRERAS-VARELA (Not Present) | JOHN GRANBERG |
| CHRISTOPHER ORTEGA (Not Present) | ANDREW OTTAWAY |
| GERMAN ORTIZ-SANTIALLANO (Not Present) | MARY STILLINGER |
| OBED LOPEZ (Not present) | THERESA CABELLERO |

AUSA: **JAMES DICKENS**
**BENJAMIN SUSLAVICH**

Interpreter: **N/A**

Pretrial Officer: **N/A** Court in Session: **8:35 AM – 8:48 AM (13 MINUTES)**

8:35 AM COURT IN SESSION

COURT: HERE ON STATUS HEARING, OUTSTANDING MOTIONS (DAUBERT AND JAMES)

MR. MARTINEZ: DISCUSSING INCAMERA INSPECTION, AGREED TO CONFER WITH GOVT. MAY FILE ANOTHER MOTION.

MR. DICKENS: WILL CONTINUE TO WORK WITH MR. MARTINEZ.

MR. MARTINE: DUABERT CHALLENGES DESIGNATIONS BY MAY 4.

COURT: TRIAL SCHEDULED JUNE 8, 2026.

MR. DICKENS WILL BE READY TO PROCEED TO TRIAL.

MR. MARTINEZ: DISCUSSES PREVIOUS REQUEST FOR CONTINUANCE.
MS. CABALLERO: WILL ALSO BE MOVING FOR CONTINUANCE; JUST CAME INTO CASE IN MARCH.

MR. DICKENS: OUTSTANDING DISCOVERY, LOAD TICKETS. TRANSCIPRTS OF RECORDINGS.
MR. MARTINEZ: LOAD TICKETS WILL BE REVIEWED BY EXPERT.

COURT: MS. CABELLERO FILE MOTION/ORDER FOR CONTINUE. WILL REVIEW WHEN RECEIVED. WHEN WILL GOVT DISCLOSE LOAD TICKETS?

MR. DICKENS: WILL DISCLOSE LOAD TICKETS BY END OF NEXT WEEK.

COURT: MR. MARTINEZ FILE REPLY TO JAMES HEARING.
MR. MARTINEZ: WILL REVIEW FILING, FILED BY MR. BENJAMIN, AND WILL SPEAK WITH GOVERNMENT.

8:48 AM COURT IN RECESS.