**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **PLAINTIFF,** | § | |
| | § | |
| **V.** | § | **NO. 25-CR-4750** |
| | § | |
| **GERMAN ORTIZ-SANTILLANO** | § | |
| | § | |
| **DEFENDANT.** | § | |
| | § | |

**NOTICE OF INTENTION TO ENTER GUILTY PLEA**

COMES NOW, Defendant **GERMAN ORTIZ-SANTILLANO** by and through his attorney MARY STILLINGER, and hereby gives notice that Defendant intends to enter a plea to the charge in this matter. Thus, Defendant provides notice to the Court of his intent to enter a guilty plea and further acknowledges that the time period from May 18, 2026, to the date of the change of plea hearing, should be excluded from speedy indictment time computation pursuant to 18 U.S.C. § 3161(h)(1)(D).[1]

Respectfully submitted,

By: /s/ Mary Stillinger
STILLINGER & GODINEZ, PLLC
New Mexico Bar No. 4530
401 Boston Ave.
El Paso, Texas 79902
(915) 775-0705
FAX: (915) 886-7178
E-mail: stillingergodinez@sglawpllc.net
Attorney for Defendant Ortiz-Santillano

---

[1] *See United States v. Hunter*, 9 F. App'x 857, 859-60 (10th Cir. May 24, 2001) (holding that the filing of a notice that the defendant wanted to change his plea "is treated as a pretrial motion requiring a hearing for purposes of the Speedy Trial Act," and that "the entire period between notifying the court that [the defendant] wanted to change his plea and the change-of-plea hearing itself was excluded for purposes of the Speedy Trial Act.")

**CERTIFICATE OF SERVICE**

I, Mary Stillinger, do certify that on May 18, 2026, I caused the instant motion to be filed with the Clerk of the Court using the CM/ECF system that will serve all other parties entitled to service and notice.

/s/ Mary Stillinger ___
Mary Stillinger