**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.** **Criminal No. 25-4750-SMD**

**MAXWELL STERLING JENSEN,**
**THOMAS REES,**
**CHRISTIAN JESUS CONTRERAS-VARELA,**
**CHRISTOPHER ORTEGA,**
**GERMAN ORTIZ-SANTILLANO,**
**CARLOS CONTRERAS,**
**OBED LOPEZ, and**
**SAMUEL CARDONA-QUEZADA.**

**Defendants.**

**WITNESS LIST FOR CHRISTOPHER ORTEGA**

| | | Sworn/Testified |
|---|---|---|
| 1. | Christopher Ortega | ____/_____ |
| 2. | Naomi Elizabeth Bernin, wife of Christopher Ortega | ____/_____ |

/s/Andrew Ottaway
Counsel for Christopher Ortega
Text/cell 817-559-0466
ottaway9@swbell.net
New Mexico State Bar No. 161975
New Mexico Federal Bar No. 22-199

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification to all involved.

Electronically filed May 23, 2026

/s/Andrew Ottaway