**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO (ROSWELL)**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | **CRIMINAL NO. 5:25-CT-04750-MIS-7** |
| | § | |
| **OBED LOPEZ** | § | |

**DEFENDANT'S NOTICE OF INTENT TO PLEAD GUILTY**

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

Comes now, undersigned counsel for the Defendant, OBED LOPEZ, on this day and respectfully notifies the Court of his intent to plead guilty and in support of said Notice shows the Court as follows:

The Defendant moves to have the above styled and numbered cause set for a Plea Hearing and states that said Plea Hearing may be referred to the United States Magistrate to be set.

WHEREFORE PREMISES CONSIDERED, the Defendant respectfully prays that the Court set this matter for a Plea Hearing consistent with the availability of counsel and any referral to the United States Magistrate Judge as deemed appropriate.

Respectfully submitted,

Law Offices of Theresa Caballero
310 N. Mesa Ste. 502
El Paso, Texas 79901
Tel- (915) 565-3550
THCABALLERO@HOTMAIL.COM

By:______________________
THERESA CABALLERO
NM Federal Bar No. 24-212
SBOT No. 03569625
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I, **Theresa Caballero,** hereby certify that on May 26, 2026, a true and correct copy of the above foregoing document was forwarded on the United States Attorney's office at 200 N. Church Street, Las Cruces, New Mexico via email.

AUSA, Dickens, James
United State Attorney's Office
200 N. Church St.
Las Cruces, NM 88001
james.dickens@usdoj.gov

____ Regular Mail
____ Certified Mail
____ Hand-Delivery
__x__ Via Email

Theresa Caballero
Attorney for Defendant