FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CR-25-4753-MIS |
| | ) | |
| **MAXWELL JENSEN et al.**, | ) | |
| | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE JOINT PROPOSED JURY INSTRUCTIONS**

The United States of America, by and through its undersigned counsel and in concurrence with the remaining defendants in this case, respectfully moves this Court for an extension of time to file Joint Proposed Jury Instructions. In support of this motion, the United States submits as follows;

1. On January 20, 2026, this Court entered the Scheduling Order (Doc. 86). Paragraph 11 of that Order requires the parties to file, inter alia, "Fed. R. Evid. 404(b) notices; jury instructions, proposed voir dire; and exhibit and witness lists" by May 27, 2026 (today).
2. The parties are required to confer and jointly propose jury instructions.
3. United States has been actively conferring with the defense regarding the status of this complex, multi-defendant case. It appears likely that a substantial number of Defendants will resolve their cases through plea agreements in the near term. These resolutions will significantly alter the jury instructions required for any trial.

As such, good cause therefore exists to extend the deadline for submission of the joint proposed jury instructions until the pretrial conference and final motions hearing currently scheduled for June 3, 2026. At that time, the remaining Defendants can confer with each other and with the government and submit instructions tailored to the cases that will actually proceed to trial. Such an Order will allow for better use of both the parties' and the Court's limited resources. Counsel for each Defendant has indicated that they have no objection to the requested extension, have filed notices of intent to plea or have failed to respond to this motion.

Accordingly, the United States respectfully request that the Court grant this motion and enter the attached Proposed Order extending the deadline for submission of proposed jury instructions to June 3, 2026.

Respectfully Submitted,

TODD BLANCHE
Acting Attorney General
RYAN ELLISON
Acting United States Attorney

*Electronically Filed 5/27/26*
JAMES A. DICKENS
BENJAMIN T. SUSLAVICH
Assistant United States Attorney
200 N. Church
Las Cruces, NM 88001
(575) 323-5262 – Tel.
(575) 522-2391 – Fax

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification to defense counsel of record on this date.

*Electronically Filed 5/27/26*
JAMES A. DICKENS
Assistant United States Attorney

Respectfully submitted,

TODD BLANCHE
Acting Attorney General
RYAN ELLISON
Acting United States Attorney

*Electronically Filed 5/26/26*
SILVIA DELGADO
Assistant United States Attorney
200 N. Church
Las Cruces, NM 88001
(575) 323-5262 – Tel.
(575) 522-2391 – Fax

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification to defense counsel of record on this date.

*Electronically Filed 5/26/26*
SILVIA DELGADO
Assistant United States Attorney