**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CAUSE NO. 5:25-cr-04750-MIS** |
| | § | |
| **MAXWELL JENSEN** | § | |

**DEFENDANT'S MAXWELL JENSEN**
**DRAFT EXHIBIT LIST**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendant, Maxwell Jensen, and hereby provides this written notice of his draft Exhibit List:

| Exhibit No. | Description of Exhibit | Bate Stamp | Offered | Admitted |
|---|---|---|---|---|
| 1. | Surveillance Photographs | USA v. Jensen 1 – 9 | | |
| 2. | WhatsApp Photos of Chris Ortega's phone | USA v. Jensen 50 – 53 | | |
| 3. | Wells Fargo Accounts Excel spreadsheet | USA v. Jensen 54 | | |
| 4. | Photos of text messages, load tickets, | USA v. Jensen 56 – 116 | | |
| 5. | Audio Files (9) | USA v. Jensen 156 | | |
| 6. | Hound Dog Energy LLC Load Tickets | USA v. Jensen 288 – 332 | | |
| 7. | Tom Rees Business Card | USA v. Jensen 333 | | |
| 8. | Game camera photos 08.13.2025 | USA v. Jensen 379 – 414 | | |
| 9. | Hound Dog Energy LLC – New Mexico Secretary of State | USA v. Jensen 428 | | |
| 10. | Hound Dog Energy LLC Wells Fargo Business Account Application | USA v. Jensen 429 – 433 | | |
| 11. | Frac Tank Registration Returns | USA v. Jensen 1769 – 1770 | | |
| 12. | Big Hog Energy LLC Comprehensive Business Report New Mexico Secretary of State | USA v. Jensen 1771 – 1772 | | |
| 13. | Hound Dog Energy LLC Organization Report | USA v. Jensen 1789 – 1796 | | |
| 14. | BLM Body Cams Videos: Christian_Jesus_Contreras_Varela_interview_2025-08-27_1655_X6032062T; Christopher_Ortega_Interview_2025-08-21_1934_X6032062T ; Thomas_Rees_Interview_2025-08-21_2052_X6032062T | USA v. Jensen 2011 | | |
| 15. | WhatsApp Plains insider text string | USA v. Jensen 2800 – 2879 | | |
| 16. | Photos of Carlos Cell Number, Max Iphone number & Transcript starts at Aug 21, 2025 | USA v. Jensen 2939 – 3020 | | |

| | | | | |
|---|---|---|---|---|
| 17. | Bureau of Land Management Law Enforcement report on Christian Jesus Varela Contreras | USA v. Jensen 3025 – 3056 | | |
| 18. | Vehicle Report of Christian Jesus Contreras Varela 2019 GMC Sierra | USA v. Jensen 3057 – 3058 | | |
| 19. | Vehicle Information for Obed Lopez and Sammy Cardona | USA v. Jensen 3076 | | |
| 20. | Plains All American employment documents for Obed Lopez | USA v. Jensen 3077 – 3111 | | |
| 21. | Plains All American employment documents for Samuel Cardona Quezada | USA v. Jensen 3112 – 3144 | | |
| 22. | Interview of SOI Regarding Maxwell Jensen: Handwritten Notes RE: Max | USA v. Jensen 3249 | | |
| 23. | Criminal Informant Biographical Information (3265) | USA v. Jensen 3259 – 3266 | | |
| 24. | Carlos Arturo Contreras Fernandez Driver License and Photographs | USA v. Jensen 3266 – 3270 | | |
| 25. | Christopher Juan Ortega Driver License and Photographs | USA v. Jensen 3271 – 3279 | | |
| 26. | Carlos Arturo Contreras Fernandez Driver License and Photographs | USA v. Jensen 3283 – 3285 | | |
| 27. | Carlos Arturo Contreras Fernandez Identity History excel spreadsheet (Block, Inc. formerly Square records) | USA v. Jensen 3295 | | |
| 28. | Christopher Ortega Identity History excel spreadsheet (Block, Inc. formerly Square records) | USA v. Jensen 3298 | | |
| 29. | 02.13.2026 WhatsApp Plains Insider Text String Translation | USA v. Jensen 3811 – 3849 | | |
| 30. | Texas Department CI Contact Report | USA v. Jensen 3850 | | |
| 31. | Photographs of Obed Lopez Phone | USA v. Jensen 3998 | | |
| 32. | ABC&M, LLC Articles of Organization – State of New Mexico; Certificate of Organization; Certificate of Amendment | USA v. Jensen 4043 – 4055 | | |
| 33. | Certificate of Authenticity of Domestic Record for ABC&M LLC and Hound Dog Energy, LLC | USA v. Jensen 4056 | | |
| 34. | Hound Dog Energy, LLC Articles of Organization – State of New Mexico; Certificate of Organization | USA v. Jensen 4057 – 4065 | | |
| 35. | Texas Department CI Payment / Tattoo | USA v. Jensen 4066 – 4078 | | |
| 36. | CI Phone Calls | USA v. Jensen 4126 | | |
| 37. | DJI Videos | USA v. Jensen 4127 | | |

| | | | | |
|---|---|---|---|---|
| 38. | S2 Lopez: Photographs of Rigs; Account information for Jose Lopez; Water Hauling Ticket; License Photos | USA v. Jensen 4133 – 4146 | | |
| 39. | S3 Ortega & Rees Photos | USA v. Jensen 4147 – 4148 | | |
| 40. | Photographs: Rigs; Jose Lopez Account Info; Big Striker Energy Job Posting; Text Messages; | USA v. Jensen 4149 – 4222 | | |
| 41. | Photograph of 12200 Interstate 20 Service Road, Odessa, Texas | USA v. Jensen 4281 | | |
| 42. | Photograph of Carlsbad New Mexico Yard | USA V. Jensen 4282 | | |
| 43. | Texas DPS Redacted Report RE: Warrant Execution RE Jensen / Rees / Ortega / Santillano / Varela; DPS Supplemental Report RE: Moreno / July 2025; DPS Supplemental Report RE: Jensen Criminal Conspiracy; DPS Supplemental Report RE: Lopez / CI Knowledge | USA v. Jensen 4293 – 4348 | | |
| 44. | Texas DPW Redacted Report RE: Meeting w/ CI | USA v. Jensen 4349 – 4350 | | |
| 45. | FBI One-Time Non-CHS Payment Receipt to Criminal Informant | USA v. Jensen 4365 – 4366 | | |
| 46. | Any documents produced by the Government or any other party during the course of discovery that are not objected to by Defendant. | | | |
| 47. | Any documents identified in the Government's exhibit list that are not objected to by Defendant. | | | |
| 48. | Any and all documents retrieved from any government witness being called to testify that are not objected to by Defendant. | | | |
| 49. | Any and all information used or relied upon by experts called by the Government that are not objected to by Defendant. | | | |

WHEREFORE, PERMISES CONSIDERED, Defendant Maxwell Jensen hereby gives all parties notice of his draft Exhibit List. Defendant reserves the right to supplement.

Respectfully Submitted,

Benigno (Trey) Martinez
BENIGNO (TREY) MARTINEZ
State Bar No. 00797011
Federal Bar No. 23945
MARTINEZ/TIJERINA, PLLC
1201 E. Van Buren

Brownsville, Texas 78520
Phone: (956) 550-4868
Facsimile: (956) 621-0135
Email: trey@mbmtlawfirm.com

Robert Guerra, Lead Counsel
Federal ID No. 570991
State Bar No. 24036694
1201 E. Van Buren St.
Brownsville, Texas 78520
Ph. (956) 254-0694
E-mail: rguerra@rguerralaw.com

Benjamin Brock
New Mexico Bar No. 141535
1013 E. San Antonio Ave.
El Paso, Texas 79901
Tel: 915-412-5858
Fax: 915-503-2224
E-Mail: brock@brockmorganbenjamin.com
***Attorneys for Defendant***
***Maxwell Sterling Jensen***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 27th day of May 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and service to all CM/ECF registrants.

/s/ Benigno (Trey) Martinez
Benigno (Trey) Martine