| UNITED STATES DISTRICT COURT | DISTRICT OF NEW MEXICO |
|---|---|
| United States of America<br><br>v.<br><br>Maxwell Jensen | Criminal No. 5:25-CR-04750-MIS<br><br>**DEFENDANT'S WITNESS LIST** |
| List of: Witnesses<br>Type of Hearing: TRIAL | AUSA: James Dickens |
| Judge:<br>MARGARET I. STRICKLAND | |

| No. | Name of Witness |
|---|---|
| 1. | Maxwell Jensen |
| 2. | Thomas Rees |
| 3. | Christopher Ortega |
| 4. | Jeff Jenson |
| 5. | Criminal Informant |
| 5. | German Ortiz-Santillano |
| 6. | Carlos Contreras |
| 7. | Obed Lopez |
| 8. | Samuel Cardona-Quezada |
| 9. | Christian Jesus Contreras-Varela |
| 10. | Defendant reserves the right to call any witness listed on the Government's witness list and individuals that have been disclosed through discovery. |

WHEREFORE, PERMISES CONSIDERED, Defendant, Maxwell Jensen hereby gives all parties notice of his Witness List.

Respectfully Submitted,

/s/ Benigno (Trey) Martinez
BENIGNO (TREY) MARTINEZ
State Bar No. 00797011
Federal ID No. 23945
MARTINEZ / TIJERINA, PLLC
1201 E. Van Buren

Brownsville, Texas 78520
Tel: 956-550-4868
Fax: 956-621-0135
E-mail: trey@mbmtlawfirm.com

Robert Guerra, Lead Counsel
Federal ID No. 570991
State Bar No. 24036694
1201 E. Van Buren St.
Brownsville, Texas 78520
Ph. (956) 254-0694
E-mail: rguerra@rguerralaw.com

Benjamin Brock
New Mexico Bar No. 141535
1013 E. San Antonio Ave.
El Paso, Texas 79901
Tel: 915-412-5858
Fax: 915-503-2224
E-Mail: brock@brockmorganbenjamin.com
***Attorneys for Defendant***
***Maxwell Sterling Jensen***

**CERTIFICATE OF SERVICE**

I hereby certify that on May 27, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will serve all counsel of record.

/s/ Benigno (Trey) Martinez
Benigno (Trey) Martinez