**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| | § | |
| **v.** | § | **CAUSE NO. 5:25-cr-04750-MIS** |
| | § | |
| **MAXWELL JENSEN** | § | |

**DEFENDANT'S PROPOSED VOIR DIRE**

COMES NOW, the Defendant, Maxwell Jensen, and hereby submits the following proposed voir dire questions he intends to ask the jury panel in this matter.

**Purpose of Voir Dire**

1. Who can tell me why we ask you these questions during voir dire?

2. What are we looking for?

3. What is bias?

4. Why is it important to know if we have a biased jury member?

5. Follow up with discussion of constitutional right to a jury trial before an impartial (unbiased) jury.

6. One bias that some of us may have is a bias toward law enforcement. Does anyone feel that if two opposing witnesses were equally credible but one was law enforcement and one was a defense witness, would you give the law enforcement office the benefit of the doubt just because he was law enforcement?

7. Can law enforcement officers be biased?

8. Would a law enforcement officer's bias effect their investigation?

9. What is a cooperator? Confidential informant? Source of Information? Does a title matter?

10. Is there anyone here, who for any reason feels this is not the case for you to hear?

**Court Room Roles**

11. Judge Strickland instructed you on his role, and your role, who can tell me the judge's role again?

12. What is your role as a jury?

13. What is the government's role?

14. What is my role as a defense attorney?

15. Does anyone have any opinions on the fact that there are three (3) attorneys for Maxwell Jensen?

16. Do you see the difference between my role as the defense attorney and that of the government attorney?

17. Would anyone be angered or offended or otherwise penalize my client if I zealously advocate on his behalf?

18. Sometimes part of my role is to point out when a government witness has lied or changed his or her story. Does anyone feel a government witnesses' previous out of court lies are not important so long as he says he's telling the truth now?

19. Sometimes my role is to point out when a government witness has a motive to lie in court. Does anyone feel it is not important to know a government witness has a motive to lie in court?

**Burden of Proof**

20. Judge Strickland instructed you that Mr. Jensen is presumed innocent and the burden is on the government to prove he committed each element of the offenses beyond a reasonable doubt; does any member of this panel think "beyond a reasonable doubt" is a mere technicality?

21. Does anyone know where that burden of proof came from? *Follow up as appropriate… discuss In re Winship, 1973 explain the "beyond a reasonable doubt" standard is a matter of Constitutional Law. It is a matter of due process, not to be taken lightly, not a technicality.*

22. If at the end of trial, anyone on this panel feels the government may not have proved its case, beyond a reasonable doubt, would you want Mr. Jensen to prove his innocence?

23. Do you understand that the reasonable doubt standard is what allows Mr. Jensen to sit silent and requires your vote of Not Guilty if the case is not proved beyond a reasonable doubt.

24. At the end of trial, if anyone on this panel feels the government may not have proved its case beyond a reasonable doubt what would you do? What are you required to do?

**Witness Credibility**

25. In this case, the government will most likely call a witness who was hired by Mr. Jensen. If I proved the government's witnesses lied earlier, would anyone tend to disregard those lies out of sympathy for them?

26. If I proved the government's witnesses lied or were paid, and have a motive to omit again, would anyone disregard that motive to lie out of sympathy for them?

27. Would each of you accept the proposition that a government witness, no matter how sad or sympathetic they may appear, who has motive to lie again, will have credibility issues?

28. Some of the government's witnesses could be charged as a co-defendant in this matter. You may feel sympathy (bias) for them too. Is that something that should be taken into account?

29. Does anyone feel a witness telling "a little white lie" to help the government would not give rise to credibility issues to a government witness?

30. Does any member have a friend or family member in law enforcement?

31. Does anyone here automatically tend to believe law enforcement simply because they are in law enforcement?

32. Does anyone feel it is proper for government agents to lie to the defendant?

33. Does anyone feel that a government agent who lied outside of court will always be truthful in court?

34. Do each of you accept the proposition that a case built in part on witness benefits and witnesses with motive to lie may not meet the government's burden of proving Mr. Jensen guilty beyond a reasonable doubt? Why?

**Experience as a Witness, Defendant, or Victim**

35. Has any member of this panel, or a friend or family member, been charged with a crime?

36. Has any member of this panel, or a friend or family member been accused of something you didn't do?

37. If yes, to 32 above, did it anger you?

**Oil Industry**

38. Do you or any family members work in the oil industry? Do you or any family member work in transporting oil via truck or pipeline?

39. Do you or any family member have any experience in harvesting or transporting waste oil?

**Other Matters**

40. The defense may wish to follow up examples or illustrations and with additional questions based on responses to any of the questions above.

/s/ Benigno (Trey) Martinez

BENIGNO (TREY) MARTINEZ
State Bar No. 00797011
Federal ID No. 23945
MARTINEZ / TIJERINA, PLLC
1201 E. Van Buren
Brownsville, Texas 78520
Tel: 956-550-4868
Fax: 956-621-0135
E-mail: trey@mbmtlawfirm.com

Robert Guerra, Lead Counsel
Federal ID No. 570991
State Bar No. 24036694
1201 E. Van Buren St.
Brownsville, Texas 78520
Ph. (956) 254-0694
E-mail: rguerra@rguerralaw.com

Benjamin Brock
New Mexico Bar No. 141535
1013 E. San Antonio Ave.
El Paso, Texas 79901
Tel: 915-412-5858
Fax: 915-503-2224
E-Mail: brock@brockmorganbenjamin.com
***Attorneys for Defendant***
***Maxwell Sterling Jensen***

**CERTIFICATE OF SERVICE**

I hereby certify that on May 27, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will serve all counsel of record.

/s/ Benigno (Trey) Martinez
Benigno (Trey) Martinez