**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **CAUSE NO. 5:25-CR-04750-MIS** |
| **v.** | § | |
| | § | |
| **CHRISTIAN CONTRERAS-VARELA,** | § | |
| | § | |
| **Defendant.** | § | |
| | § | |

## DEFENDANT'S EXHIBIT LIST

Defendant CHRISTIAN CONTRERAS-VARELAS, by and through undersigned counsel, and file this Exhibit List in accordance with the Court's Pretrial Deadlines Order.

Defense does not intend to introduce any Exhibits.

Respectfully submitted,

/S/ John Granberg

John Granberg
Attorney at Law
SBN: 142402
303 N. Oregon, Ste. 805
El Paso, TX 79901
Tel: (915) 543-9000
granberglawoffice@yahoo.com

**CERTIFICATE OF SERVICE**

I, JOHN GRANBERG hereby certify that on May 27, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following person(s), and/or I hereby certify that I have mailed by United States Postal Service or delivered by hand the document to the following non-CM/ECF participants:

James Dickens
Assistant U.S. Attorney
200 N. Church St.
Las Cruces, NM 88011
james.dickens@usdoj.gov

/S/ John Granberg

JOHN GRANBERG