**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **CAUSE NO. 5:25-CR-04750-MIS** |
| **v.** | § | |
| | § | |
| **CHRISTIAN CONTRERAS-VARELA,** | § | |
| | § | |
| **Defendant.** | § | |
| | § | |

**DEFENDANT'S WITNESS LIST**

The Defendant, CHRISTIAN CONTRERAS-VARELAS, by and through his counsel, submits this list of witnesses that may be called at the jury trial scheduled for June 8, 2026 before the Honorable Margaret Strickland.

1. Christian Contreras-Varela
2. Any Witness listed in the United States witness list.
3. Any witnesses to be used for purposes of rebuttal testimony.

Respectfully submitted,

/S/ John Granberg
______________________________

John Granberg
Attorney at Law
SBN: 142402
303 N. Oregon, Ste. 805
El Paso, TX 79901
Tel: (915) 543-9000
granberglawoffice@yahoo.com

**CERTIFICATE OF SERVICE**

I, JOHN GRANBERG hereby certify that on May 27, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following person(s), and/or I hereby certify that I have mailed by United States Postal Service or delivered by hand the document to the following non-CM/ECF participants:

James Dickens
Assistant U.S. Attorney
200 N. Church St.
Las Cruces, NM 88011
Renee.Camacho@usdoj.gov

/S/ John Granberg

JOHN GRANBERG