IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 25-CR-4750-MIS |
| | ) | |
| vs. | ) | |
| | ) | |
| **MAXWELL JENSEN et al.**, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER EXTENDING DEADLINE TO FILE PROPOSED JOINT JURY INSTRUCTIONS

THIS MATTER having come before the Court on the Government's Unopposed Motion for Extension of Time to File Joint Proposed Jury Instructions (Doc.213) The Court, having reviewed the motion, noting counsel for the remaining defendants do not oppose this motion, and being fully advised in the premises, finds that the motion is well-taken and should be granted.

IT IS THEREFORE ORDERED that Government's Unopposed Motion for Extension of Time to File Joint Proposed Jury Instructions, is hereby granted. The parties Joint Jury Instructions is now due on June 3, 2026.

Margaret Strickland

HONORABLE MARGARET I. STRICKLAND
UNITED STATES DISTRICT JUDGE