**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**
**ROSWELL DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 5:25-CR-04750-MIS-2 |
| | ) | |
| THOMAS REES | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO APPEAR TELEPHONICALLY**

Mr. THOMAS REES respectfully moves this Court to allow himself and his attorney of record, Mr. Samuel Lenard Joseph, Esq., to appear at the upcoming Daubert Hearing and James Hearing scheduled for June 2, 2026, and the upcoming Pretrial Conference scheduled for June 3, 2026, telephonically.

On May 26, 2026, Mr. Rees filed a notice of intent to plead guilty. (ECF No. 208.) On May 29, 2026, this Court scheduled a change-of-plea hearing for June 4, 2026. (Notice of Hr'g, ECF No. 231.) As Mr. Rees intends to plead guilty, he does not intend to make any complex arguments or statements that would require his or his attorney's in-person attendance at the upcoming hearings. Therefore, Mr. Rees respectfully requests that this Court allow him and Mr. Joseph to attend the hearings by telephone or video.

The Government does not oppose this motion.

Date: May 29, 2026

Respectfully submitted,

*s/ Samuel Lenard Joseph*
Samuel Lenard Joseph, Esq.
Ga. Bar # 718641
sjoseph@lowtherwalker.com

*s/ Murdoch Walker, II*
Murdoch Walker, II, Esq.
Ga. Bar # 163417
mwalker@lowtherwalker.com

Lowther | Walker LLC
101 Marietta St., NW, Ste. 3650
Atlanta, GA 30303
O 404.496.4052 | F 866.819.7859
www.lowtherwalker.com

Attorneys for Defendant
Thomas Rees

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**
**ROSWELL DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 5:25-CR-04750-MIS-2 |
| | ) | |
| THOMAS REES, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2026, I electronically filed the foregoing MOTION TO APPEAR TELEPHONICALLY with the Clerk of the United States District Court for the District of New Mexico by way of the CM/ECF system, which automatically will serve this document on the attorneys of record for the parties in this case by electronic mail.

Date: May 29, 2026

Respectfully submitted,

*s/ Samuel Lenard Joseph*
Samuel Lenard Joseph, Esq.
Ga. Bar # 718641
sjoseph@lowtherwalker.com

Lowther | Walker LLC
101 Marietta St., NW, Ste. 3650
Atlanta, GA 30303
O 404.496.4052 | F 866.819.7859
www.lowtherwalker.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**
**ROSWELL DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 5:25-CR-04750-MIS-2 |
| | ) | |
| THOMAS REES, | ) | |
| | ) | |
| Defendant. | ) | |

**PROPOSED ORDER**

CAME ON the motion of Mr. Rees for himself and his attorney to appear telephonically at the Daubert Hearing and James Hearing scheduled for June 2, 2026, and the Pretrial Conference scheduled for June 3, 2026. This Court has considered said motion, which is herein and hereby:

______GRANTED.

______DENIED.

____________________________________
UNITED STATES DISTRICT COURT JUDGE