**UNITED STATES DISTRICT COURT**
**DISTRICT OF MEXICO**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **NO. 2:25-25-4750-MIS** |
| | § | |
| | § | |
| **CHRISTIAN CONTRERAS-VARELA** | § | |
| | § | |
| | § | |

## NOTICE OF INTENT TO PLEAD GUILTY

**TO THE HONORABLE JUDGE OF SAID COURT:**

Attorney JOHN GRANBERG, counsel for JESUS CONTRERAS-VARELA, respectfully notifies the Court of Defendant's intent, pursuant to FED. R. CRIM. P. 11(a)(1), to plead guilty in open court to both Counts of his Indictment. Defendant acknowledges that the time period from date of the filing of his Notice of Intent to Plead Guilty, until the date he pleads guilty, should be excluded from speedy trial time computation pursuant to 18 U.S.C. § 3161(h)(1)(D). Defendant's attorney would respectfully request that the Court set Mr. CONTRERAS-VARELA for a Change of Plea.

Respectfully submitted,

/S/ John Granberg

JOHN GRANBERG
Attorney at Law
State Bar No. 24034464
303 N. Oregon, Ste. 805
El Paso, Texas 79901
Tel: (915) 543-9000
granberglawoffice@yahoo.com

## CERTIFICATE OF SERVICE

I, JOHN GRANBERG hereby certify that on June 1, 2025 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following person(s), and/or I hereby certify that I have mailed by United States Postal Service or delivered by hand the document to the following non-CM/ECF participants:

James Dickens
Assistant U.S. Attorney
200 N. Church St.
Las Cruces, NM 88001
James.dickens@usdoj.gov

/S/ John Granberg
____________________________
JOHN GRANBERG