**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.** **Criminal No. 25-4750-SMD**

**MAXWELL STERLING JENSEN,**
**THOMAS REES,**
**CHRISTIAN JESUS CONTRERAS-VARELA,**
**CHRISTOPHER ORTEGA,**
**GERMAN ORTIZ-SANTILLANO,**
**CARLOS CONTRERAS,**
**OBED LOPEZ, and**
**SAMUEL CARDONA-QUEZADA.**

**Defendants.**

**NOTICE CONCERNING JAMES AND DAUBERT MOTION HEARING**

Christopher Ortega files this notice concerning the hearing set to consider the Daubert and James Motions, Documents #84 and # 199 filed by Maxwell Jensen.

Christopher Ortega does adopt those motions, and does not assert any of the relief requested by Maxwell Jensen in those Motions. Christopher Ortega dis-avows those Motions.

He waives a pretrial hearing on those motions, in the interest of justice.

/s/Andrew Ottaway
Counsel for Christopher Ortega
Text/cell 817-559-0466
ottaway9@swbell.net
New Mexico State Bar No. 161975
New Mexico Federal Bar No. 22-199

CERTIFICATE OF CONFERENCE

I certify that I conferred with James Dickens about this notice today, and he is in agreement.

Dated: June 1, 2026 /s/Andrew Ottaway

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification to all involved.

Electronically filed June 1, 2026

/s/Andrew Ottaway