# PLEA MINUTE SHEET

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO (AT LAS CRUCES)**

| CR 25-4750 MIS | UNITED STATES vs. JENSEN, et al., |
|---|---|

**Before The Honorable Jerry H. Ritter, United States Magistrate Judge**

| | | | | | |
|---|---|---|---|---|---|
| Hearing Date: | 6/4/2026 | Time In and Out: | 2:01-2:07; 2:23-2:42 PM – (19 MIN) | | |
| Clerk: | R. HELMICK | Digital Recording: | LC-Sierra Blanca | | |
| Defendant: | THOMAS REES | Defendant's Counsel: | SAMUEL LENARD JOSEPH | | |
| AUSA: | JAMES DICKENS | Interpreter: | N/A | ☐ | Sworn |
| | | | | ☐ | Waived |

| | | | |
|---|---|---|---|
| ☒ | Defendant Sworn | ☐ | First Appearance |
| ☒ | Consent to proceed before a magistrate judge executed with full knowledge of meaning and effect. | | |
| ☒ | Deft acknowledges receipt of: **Superseding Indictment** | | |
| ☐ | If Deft proceeding by way of information, Deft acknowledges right to an indictment and waives that right. | | |
| ☒ | Terms and conditions of proposed plea agreement explained. | ☒ | Defendant indicates understanding of its terms. |
| ☒ | Factual predicate to sustain the plea provided. | | |
| ☒ | Deft questioned re Deft's age, education, physical/mental condition, and whether under the influence of alcohol, drugs, or any medication. Deft advised of charge(s), penalties and possible consequences of the plea. | | |
| ☒ | Deft advised of constitutional rights, loss of rights, and maximum possible penalties (including imprisonment, fine, supervised release, probation, SPA, restitution, and any forfeitures). | | |
| ☒ | Deft questioned re time to consult with attorney and if satisfied with his or her representation. | | |
| ☒ | Court finds Deft fully understands charge(s) and the consequences of entering a guilty plea to that charge (or those charges). | | |
| ☒ | Deft pleads GUILTY to: **Superseding Indictment** | | |
| ☒ | Allocution by Deft on elements of charge(s). | | |
| ☒ | Court finds plea freely, voluntarily, and intelligently made; plea of guilty accepted. | | |
| ☒ | Deft adjudged guilty. | | |
| ☒ | Acceptance of plea agreement deferred until final disposition hearing by district judge. | | |
| ☒ | Sentencing Date: **to be notified** | | |
| ☐ | Defendant to Remain in Custody | | |
| ☒ | Present conditions of release continued | ☐ | Conditions changed to: |
| ☒ | Penalty for failure to appear explained | | |
| ☒ | Presentence Report Ordered | ☐ | Expedited (Type III) |
| | Other Matters: AMENDED TO REFLECT CORRECT CHARGING DOCUMENT | | |