UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

Before the Honorable JERRY H. RITTER

CRIMINAL CLERK'S MINUTES at Las Cruces

| | | | | | |
|---|---|---|---|---|---|
| Case Number: | **25-4750 MIS** | Date: | **7/30/26** | Recording Information: | **LCR-SIERRA BLANCA** |
| Clerk: | **R HELMICK** | Type of Hearing: | **LAFLER/FRYE** | | |

| Defendant(s): | Attorney(s): | Appt'd. | Ret'd. |
|---|---|---|---|
| **CHRISTOPHER ORTEGA** | **ANDREW OTTAWAY** | ☒ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |

| | | | |
|---|---|---|---|
| Assistant U.S. Attorney: | **JAMES DICKENS** | Interpreter: | **N/A** |
| Pretrial Officer: | **N/A** | Court in Session: | **1:34-1:39 P.M. 5 MIN** |

| | |
|---|---|
| ☐ | Agent sworn |
| ☐ | Court questions Defendant regarding his/her physical and mental condition, age, education |
| ☒ | Court advises Defendant(s) of possible penalties and all constitutional rights |
| ☐ | ORAL Motion for Detention Hearing by Government |
| ☐ | Court grants ☐ Government's ☐ Defense counsel's oral motion to continue detention hearing |
| ☐ | Waiver of show cause/detention hearing; Matter referred to the District Judge for a Disposition Hearing |
| ☐ | Defendant admitted violation; Matter referred to the District Judge For a Disposition Hearing |
| ☐ | Set for change of plea on at 9:00 A.M. |
| ☒ | Defendant released previously |
| ☐ | Conditions of Release continued on Page 2 |
| ☒ | Other: COURT ADDRESSES DEFENDANT REGARDING LAFLER/FRYE PROCEEDINGS; COURT HAS RECEIVED GOVERNMENTS EXHIBITS 1 AND 2; COURT QUESTIONS DEFENDANT REGARDING RECEIVING 4/22/26 PLEA OFFER AND DISCUSSING SAME WITH DEFENSE COUNSEL; AUSA DICKENS STATES THAT ORAL PLEA OFFER WAS ALSO EXTENDED IN EARLY MAY; DEFENDANT STATES THAT HE HAS REVIEWED AND DISCUSSED THE PLEA OFFERS WITH DEFENSE COUNSEL AND HAS REJECTED THE PLEA OFFERS;<br>NOTHING FURTHER TO ADD FROM THE GOVERNMENT; DEFENSE COUNSEL STATES THAT THIS IS A COMPLEX CASE AND PLEA OFFERS WEREN'T RECEIVED UNTIL RECENTLY, AFTER MUCH PREPARATION FOR CASE |