**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| | § | |
| **v.** | § | **CAUSE NO. 5:25-cr-04750-MIS** |
| | § | |
| **MAXWELL JENSEN** | § | |

## DEFENDANT MAXWELL JENSEN'S OBJECTIONS TO GOVERNMENT'S EXHIBIT LIST

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW, MAXWELL JENSEN (hereinafter "Defendant"), by and through undersigned counsel, respectfully submits his and presents the attached as his Objections to the Government's Exhibit List.

Respectfully submitted,

*/s/ Brock Benjamin*
BROCK BENJAMIN
Attorney for Defendant
New Mexico Bar No. 141535
1013 E. San Antonio Ave.
El Paso, Texas 79901
Tel: 915-412-5858
Fax: 915-503-2224
E-Mail:
brock@brockmorganbenjamin.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this the 10th day of August, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and service to all CM/ECF registrants.

*/s/ Brock Benjamin*
BROCK BENJAMIN

| Ex. No. | Exhibit | Bates Cite | Proposed Objection | Ruling / Notes |
|---|---|---|---|---|
| 1 | Blank Load Ticket | Bates 27 | No objection. | |
| 2 | WhatsApp "Plains Insider" Text String | Bates 2800-2879 | Relevance — 79 pages are not specific and not all pages are relevant; 403. Hearsay (801/802) — not in furtherance of a specific conspiracy involving Jensen. Crawford — the All Plains employees were a different conspiracy. Objection James — not the same conspiracy. | |
| 3 | WhatsApp "Plains Insider" Text String — Translation | Bates 3811-3849 | All objections to Ex. 2 are incorporated. 403 and Rule 106. Translation is not certified. | |
| 4 | Drone Operator Still Photos 1 | Bates 3 | Relevance as to Jensen. | |
| 5 | Drone Operator Still Photos 2 | Bates 5 | Relevance as to Jensen. | |
| 6 | Drone Operator Still Photos 3 | Bates 9 | Relevance as to Jensen. | |
| 7 | Drone Operator Still Photo (DJI_20250730161331_0003_Z) | Bates 4127 | Relevance as to Jensen. | |
| 8 | Drone Operator Still Photo (DJI_20250730161623_0006_Z) | Bates 4127 | Relevance as to Jensen. | |
| 9 | Drone Operator Footage (DJI_20250730183625_0001_Z) | Bates 4127 | Relevance as to Jensen. | |
| 10 | Drone Operator Footage (DJI_20250730185359_0002_Z) | Bates 4127 | Relevance as to Jensen. | |
| 11 | Drone Operator Footage (DJI_20250730191039_0003_Z) | Bates 4127 | Relevance as to Jensen. | |
| 12 | Drone Operator Footage (DJI_20250730213007_0001_Z) | Bates 4127 | Relevance as to Jensen. | |
| 13 | Drone Operator Footage (DJI_20250730214710_0002_Z) | Bates 4127 | Relevance as to Jensen. | |
| 14 | Christian Jesus Contreras-Varela's Confession (Modified) | Bates 2011 | Hearsay. 403. Crawford and Bruton v. United States — a non-testifying co-defendant's custodial confession is testimonial and inadmissible against Mr. Jensen; admission violates the Sixth Amendment. | |
| 14a | Transcribed Translation of Exh. 14 | — (no Bates cited) | All objections to Ex. 14 are incorporated (hearsay, 403, Crawford, Bruton). FRE 604 and 702 — the translator has not been identified, | |

| Ex. No. | Exhibit | Bates Cite | Proposed Objection | Ruling / Notes |
|---|---|---|---|---|
| | | | qualified, or made available for cross-examination; no certification of accuracy. | |
| 15 | Glock 19 9x19mm, S/N BUZG850, with loaded magazine (PHYSICAL EXHIBIT) | — (physical) | Relevance. 403 — more prejudicial than probative. | |
| 16 | 26 Rounds of 9mm Ammunition (PHYSICAL EXHIBIT) | — (physical) | Relevance. 403 — more prejudicial than probative. | |
| 17 | AUDIO 7.13.25 — 19 min 10 sec, 2030 hrs | Bates 55 (placeholder) | Hearsay. 403 — voluminous and no specific part identified. Crawford. Re-urge suppression motion. | |
| 17a | Transcript of Exh. 17 (Edited) | Bates 4732-4736 | Same objections as Ex. 17. | |
| 18 | AUDIO 7.13.25 — 1 min 33 sec, 2104 hrs | Bates 55 (placeholder) | Same objections as Ex. 17. | |
| 18a | Transcript of Exh. 18 (Edited) | Bates 4737 | Same objections as Ex. 17. | |
| 19 | AUDIO 7.16.25 — 7 min 17 sec, 1325 hrs | Bates 55 (placeholder) | Same objections as Ex. 17. | |
| 19a | Transcript of Exh. 19 (Edited) | Bates 4738 | Same objections as Ex. 17. | |
| 20 | AUDIO 7.22.25 — 31 min 43 sec, 1729 hrs | Bates 55 (placeholder) | Same objections as Ex. 17. | |
| 20a | Transcript of Exh. 20 (Edited) | Bates 4739-4744 | Same objections as Ex. 17a. Six transcript pages cannot reflect a 31:43 recording. | |
| 21 | AUDIO 7.22.25 — 6 min 18 sec, 1808 hrs | Bates 55 (placeholder) | Same objections as Ex. 17. | |
| 21a | Transcript of Exh. 21 (Edited) | Bates 4745-4747 | Same objections as Ex. 17a. | |
| 22 | AUDIO 7.23.25 — 11 min 9 sec, 1455 hrs | Bates 55 (placeholder) | Same objections as Ex. 17. | |
| 22a | Transcript of Exh. 22 (Edited) | Bates 4748-4749 | Same objections as Ex. 17a. Two pages for an 11:09 recording is facially incomplete; Rule 106. | |

| Ex. No. | Exhibit | Bates Cite | Proposed Objection | Ruling / Notes |
|---|---|---|---|---|
| 23 | AUDIO 7.24.25 — 4 min 41 sec, 1644 hrs | Bates 55 (placeholder) | Same objections as Ex. 17. | |
| 23a | Transcript of Exh. 23 (Edited) | Bates 4750-4751 | Same objections as Ex. 17a. | |
| 24 | AUDIO 7.25.25 — 10 min 41 sec, 1352 hrs | Bates 55 (placeholder) | Same objections as Ex. 17. | |
| 24a | Transcript of Exh. 24 (Edited) | Bates 4752-4755 | Same objections as Ex. 17a. | |
| 25 | AUDIO 7.25.25 — 1 min 53 sec, 1356 hrs | Bates 55 (placeholder) | Same objections as Ex. 17. Rule 106 — this 1:53 call occurs four minutes after Ex. 24 and should not be excerpted from the surrounding exchange. | |
| 25a | Transcript of Exh. 25 (Edited) | Bates 4756-4757 | Same objections as Ex. 17a. | |
| 26 | AUDIO 7.29.25 — 3 min 34 sec, 1217 hrs | Bates 55 (placeholder) | Same objections as Ex. 17. A separate 7.29.25 call (23 min 15 sec, 1117 hrs) was produced but is not listed; Rule 106, completeness of the day's communications. | |
| 26a | Transcript of Exh. 26 (Edited) | Bates 4758-4759 | Same objections as Ex. 17a. | |
| 27 | AUDIO 7.29.25 — 16 min 15 sec, 1634 hrs | Bates 55 (placeholder) | Same objections as Ex. 17 and Ex. 26. | |
| 27a | Transcript of Exh. 27 (Edited) | Bates 4760-4761 | Same objections as Ex. 17a. Two pages cannot reflect a 16:15 recording; Rule 106. | |
| 28 | AUDIO 8.12.25 — 9 min 27 sec, 1601 hrs | Bates 55 (placeholder) | Same objections as Ex. 17. | |
| 28a | Transcript of Exh. 28 (Edited) | Bates 4762 | Same objections as Ex. 17a. A single page cannot reflect a 9:27 recording; Rule 106. Demand the complete transcript. | |
| 29 | AUDIO 8.13.25 — 8 min 19 sec, 1918 hrs | Bates 55 (placeholder) | Same objections as Ex. 17. | |
| 29a | Transcript of Exh. 29 (Edited) | Bates 4763 | Same objections as Ex. 17a and Ex. 28a — a single page for an 8:19 recording; Rule 106. | |

| Ex. No. | Exhibit | Bates Cite | Proposed Objection | Ruling / Notes |
|---|---|---|---|---|
| 30 | AUDIO 8.20.25 — 14 min 7 sec, 1457 hrs | Bates 55 (placeholder) | Same objections as Ex. 17. | |
| 30a | Transcript of Exh. 30 (Edited) | Bates 4764-4767 | Same objections as Ex. 17a. | |
| 31 | Sliding Scale | Bates 65 | Relevance. Foundation. Speculation. | |
| 32 | Indeed Job Search | Bates 58 | Foundation. | |
| 33 | Text Messages between Maxwell Jensen and Stuart Dollar | Bates 58, 66-77, 83-85, 87-89, 114 | Hearsay. Re-urge suppression. FRE 106 — request all text messages for completeness. | |
| 34 | Body Recording of Stuart Dollar | Bates 427 | 403 — this is a one-hour audio recording; more prejudicial than probative as to the entire audio. | |
| 34a | Transcript of Exh. 34 | — (no Bates cited) | Unable to locate specific document. | |
| 35 | Plains All American Pipeline truck assigned to German Ortiz-Santillano | Bates 397 | Foundation. 403. Objection James — not the same conspiracy. | |
| 36 | M.I.S. LLC Vacuum Truck | Bates 403 | Relevance. Foundation. | |
| 37 | M.I.S. LLC Vacuum Truck | Bates 406 | Same objections as Ex. 36. | |
| 38 | Photo of Plains All American Pipeline | Bates 441 | Relevance. Foundation. | |
| 39 | Photo of Plains All American Pipeline | Bates 442 | Relevance. Foundation. | |
| 40 | Photo of pigging station at Plains All American Pipeline | Bates 446 | Relevance. Foundation. | |
| 41 | LACT Station in Texas | Bates 449 | Relevance. Foundation. 403 — more prejudicial than probative; not 404(b) as no acts took place in Texas. | |
| 42 | LACT Station in Texas | Bates 451 | Same objections as Ex. 41. | |
| 43 | Interview of Thomas Rees | Bates 2011 | Crawford and Bruton v. United States — a non-testifying co-defendant's custodial confession is testimonial and inadmissible against Mr. Jensen; admission violates the Sixth Amendment. | |
| 43a | Transcript of Exh. 43 | Bates 4639-4727 | Same objections as Ex. 43. | |

| Ex. No. | Exhibit | Bates Cite | Proposed Objection | Ruling / Notes |
|---|---|---|---|---|
| 44 | Interview of Christopher Ortega | Bates 2011 | Hearsay. Bruton — Ortega is expected to be at counsel table. | |
| 44a | Transcript of Exh. 44 | Bates 4509-4563 | Hearsay. Bruton — Ortega is expected to be at counsel table. | |
| 45 | Screen shots from Christopher Ortega's Cell Phone | Bates 50-53 | Relevance. Hearsay. Foundation. Bruton. | |
| 46 | Excel “Hound Dog” tickets from Christopher Ortega's cell phone | Bates 4496 ?? | Relevance. Hearsay. Foundation. Bruton. | |
| 47 | Chats between Christopher Ortega and Carlos Contreras | Bates 4497-4502 | Relevance. Hearsay. Foundation. Bruton. | |
| 48 | Chats between Christopher Ortega and Thomas Rees | Bates 4503-4508 | Relevance. Hearsay. Foundation. Bruton. | |
| 49 | Hound Dog Load Tickets | Bates 288-328 | Hearsay. Foundation. | |
| 50 | 9G Load Ticket | Bates 4367-4396 | Hearsay. Foundation. | |
| 51 | Thomas Rees' Business Card | Bates 333 | Relevance. Hearsay. Foundation. | |
| 52 | Chats between Thomas Rees and Maxwell Jensen | Bates 4596-4620 | Hearsay. Foundation. Request for James hearing. | |
| 53 | Chats between Thomas Rees and Carlos Contreras | Bates 4564-4573 | Hearsay. Foundation. Request for James hearing. | |
| 54 | New Mexico Secretary of State Business Application for Hound Dog Energy | Bates 4057-4065 | Relevance. Hearsay. Foundation. Bolstering. | |
| 55 | Wells Fargo Records — Account ending 4206 | Bates 812-857 | Hearsay. Foundation. | |
| 56 | Wells Fargo Records — Account ending 4206 | Bates 1356-1360 | Hearsay. Foundation. | |
| 57 | Wells Fargo Records — Account ending 4206 | Bates 1382-1402 | Hearsay. Foundation. | |
| 58 | Wells Fargo Records — Account ending 4206 | Bates 1549-1564 | Relevance. Hearsay. Foundation. | |
| 59 | Hound Dog Energy Signature Card | Bates 429-433 | Relevance. Hearsay. Foundation. | |

| Ex. No. | Exhibit | Bates Cite | Proposed Objection | Ruling / Notes |
|---|---|---|---|---|
| 60 | Secretary of State Business Application for ABC&M LLC | Bates 4043-4055 | Relevance. Hearsay. Foundation. Bolstering. | |
| 61 | Bank of America Signature Card — Big Hog Energy checking ending 2771 | Bates 614 | Hearsay. Foundation. | |
| 62 | Bank of America Signature Card — Big Striker Energy checking ending 0748 | Bates 560 | Hearsay. Foundation. | |
| 63 | Bank of America Signature Card — Big Striker Energy savings ending 0751 | Bates 573 | Hearsay. Foundation. | |
| 64 | Bank of America Signature Cards — Big Striker Energy checking ending 3898 | Bates 701 | Hearsay. Foundation. | |
| 65 | Texas Railroad Commission Organization Report for Hound Dog Energy | Bates 1789 | Relevance. Hearsay. Foundation. | |
| 66 | Handwritten Contractor List Recovered at Maxwell Jensen's Home | Bates 1901-1902 | Relevance. Foundation as to names. Speculation. Objection James — as to whether they are part of this conspiracy. | |
| 67 | Expert Report from ATF Special Agent Gregorio Boeglin | Bates 149-151 | Relevance — not relevant as to Mr. Maxwell Jensen. Hearsay — the report is hearsay. | |
| 68 | Texas Secretary of State Business Application for Hound Dog Energy LLC | — (no Bates cited) | | |
| D-1 | DEMONSTRATIVE — Chart of Funds going to Hound Dog Energy | — (not produced) | | |
| D-2 | DEMONSTRATIVE — Chart of Funds coming out of Hound Dog Energy | — (not produced) | | |

Respectfully submitted,

BENJAMIN LAW PLLC
Brock Morgan Benjamin
Counsel for Defendant Maxwell Jensen