IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. <u>25-CR-4750-MIS</u> |
| | ) | |
| vs. | ) | |
| | ) | |
| **MAXWELL JENSEN et al.,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

<u>UNITED STATES' SEALED SECOND AMENDED EXHIBIT LIST</u>

The United States hereby submits the attached list of exhibits for the convenience of the

Court and counsel. The United States seeks permission to amend the exhibit list if additional

exhibits are realized during trial preparation and trial, or to renumber the current list for logistical

reasons.

| EX. NO. | DESCRIPTION OF EXHIBIT | Admitted? |
|---|---|---|
| 1. | Blank Load Ticket<br>Bates 27<br>**Withdrawn** | |
| 2. | WhatsApp Plains Insider Text String<br>Bates 2800-2879<br>**Withdrawn** | |
| 3. | WhatsApp Plains Insider Text String Translation<br>Bates 3811-3849<br>**Withdrawn** | |
| 4. | Drone Operator Still Photos 1<br>Bates 3 | |
| 5. | Drone Operator Still Photos 2<br>Bates 5 | |
| 6. | Drone Operator Still Photos 3<br>Bates 9 | |
| 7. | Drone Operator Still Photo<br>Bates 4127 (DJI_20250730161331_0003_Z) | |

| EX. NO. | DESCRIPTION OF EXHIBIT | Admitted? |
|---|---|---|
| 8. | Drone Operator Still Photo<br>Bates 4127 (DJI_20250730161623_0006_Z) | |
| 9. | Drone Operator Footage<br>Bates 4127 (DJI_20250730183625_0001_Z) | |
| 10. | Drone Operator Footage<br>Bates 4127 (DJI_20250730185359_0002_Z) | |
| 11. | Drone Operator Footage<br>Bates 4127 (DJI_20250730191039_0003_Z) | |
| 12. | Drone Operator Footage<br>Bates 4127 (DJI_20250730213007_0001_Z) | |
| 13. | Drone Operator Footage<br>Bates 4127 (DJI_20250730214710_0002_Z) | |
| 14. | Christian Jesus Contreras-Varela's Confession<br>Bates 2011<br>**Withdrawn** | |
| 14a. | Transcribed Translation of Exh. 14<br>**Withdrawn** | |
| 15. | Glock 19 9x9 MM 9x19 mm S/N BUZG850 with loaded Magazine (Physical Exhibit)<br>**Withdrawn** | |
| 16. | 26 Rounds of 9mm Ammunition<br>(Physical Exhibit)<br>**Withdrawn** | |
| 17. | AUDIO 7.13.25 19 min 10 seconds 2030 hrs.m4a<br>Bates 55 | |
| 17a | Transcript of Exh.17<br>Bates 4732-4736 | |
| 18. | AUDIO 7.13.25 1 min 33 seconds 2104 hrs<br>Bates 55 | |
| 18a. | Transcript of Exh. 18<br>Bates 4737 | |
| 19. | AUDIO 7.16.25 7min 17 seconds 1325 hours<br>Bates 55 | |
| 19a. | Transcript of Exh 19<br>Bates 4738 | |

2

| EX. NO. | DESCRIPTION OF EXHIBIT | Admitted? |
|---|---|---|
| 20. | AUDIO 7.22.25 31 min 43 seconds 1729 hrs (Modified) Bates 4873 | |
| 20a. | Transcript of Exh. 20 Bates 4739-4744 | |
| 21. | AUDIO 7.22.25 6 min 18 seconds 1808 hrs Bates 55 | |
| 21a. | Transcript of Exh. 21 Bates 4745-4747 | |
| 22. | AUDIO 7.23.25 11 min 9 seconds 1455 hrs (Modified) Bates 4874 | |
| 22a. | Transcript of Exh. 22 Bates 4748-4749 | |
| 23. | AUDIO 7.24.25 4 min 41 seconds 1644 hrs Bates 55 | |
| 23a | Transcript of Exh. 23 Bates 4750-4751 | |
| 24. | AUDIO 7.25.25 10 min 41 seconds 1352 hrs Bates 55 | |
| 24a. | Transcript of Exh. 24 Bates 4752-4755 | |
| 25. | AUDIO 7.25.25 1 min 53 seconds 1356 hrs Bates 55 | |
| 25a | Transcript of Exh. 25 Bates 4756-4757 | |
| 26. | AUDIO 7.29.25 3 min 34 seconds 1217 hrs Bates 55 | |
| 26a. | Transcript of Exh. 26 Bates 4758-4759 | |
| 27. | AUDIO 7.29.25 16 min 15 seconds 1634 hrs Bates 55 | |
| 27a | Transcript of Exh. 27 Bates 4760-4761 | |
| 28. | AUDIO 8.12.25 9 min 27 seconds 1601 hrs (Modified) | |

| EX. NO. | DESCRIPTION OF EXHIBIT | Admitted? |
|---|---|---|
| | Bates 4875 | |
| 28a. | Transcript of Exh. 28<br>Bates 4762 | |
| 29. | AUDIO 8.13.25 8 min 19 seconds 1918 hrs<br>Bates 55 | |
| 29a. | Transcript of Exh. 29<br>Bates 4763 | |
| 30. | AUDIO 8.20.25 14 min 7 seconds 1457 hrs<br>Bates 55 | |
| 30a. | Transcript of Exh. 30<br>Bates 4764-4767 | |
| 31. | Sliding Scale<br>Bates 65 | |
| 32. | Indeed Job Search<br>Bates 58 | |
| 33. | Text Messages between Maxwell Jensen and Stuart Dollar<br>Bates, 58, 66, 67, 68-77, 83-85, 87-89, 114 | |
| 34. | Body Recording of Stuart Dollar<br>Bates 427 | |
| 34a. | Transcript of Exh. 34<br>Bates 4768-4786 | |
| 35. | Plains All American Pipeline Truck assigned to German Ortiz-Santillano<br>Bates 397 | |
| 36. | M.I.S. LLC. Vacuum Truck<br>Bates 403 | |
| 37. | M.I.S. LLC. Vacuum Truck<br>Bates 406 | |
| 38. | Photo of Plains All American Pipeline<br>Bates 441 | |
| 39. | Photo of Plains All American Pipeline<br>Bates 442 | |
| 40. | Photo of pigging station at Plains All American Pipeline<br>Bates 446 | |

| EX. NO. | DESCRIPTION OF EXHIBIT | Admitted? |
|---|---|---|
| 41. | Lact Station in Texas<br>Bates 449 | |
| 42. | Lact Station in Texas<br>Bates 451 | |
| 43. | Interview of Thomas Rees<br>Bates 2011 (Thomas_Rees_Interview_2025-08-21_2052_X6032062T)<br>**Withdrawn** | |
| 43a | Transcript of Exh. 43<br>Bates 4639-4727<br>**Withdrawn** | |
| 44. | Interview of Christopher Ortega<br>(Modified)<br>Bates 4872<br>(Christopher_Ortega_Interview_2025-08-21_1934_X6032062T) | |
| 44a | Transcript of Exh. 44<br>(Edited)<br>Bates 4821-4871 | |
| 45. | Screenshots from Christopher Ortega's Cell Phone<br>Bates 50-53 | |
| 46. | Excel Hound tickets from Christoper Ortega's cell phone<br>Bates 4496 | |
| 47. | Chats between Christpher Ortega and Carlos Contreras<br>Bates 4497-4502 | |
| 48. | Chats between Christopher Ortega to Thomas Rees.<br>Bates 4503-4508 | |
| 49. | Hound Dog Load Tickets<br>Bates 288-328 | |
| 50. | 9G Load Ticket<br>Bates 4367-4396 | |
| 51. | Thomas Rees' Business Card<br>Bates 333 | |
| 52. | Chats between Thomas Rees and Maxwell Jensen<br>Bates 4596-4620 | |
| 53. | Chats between Thomas Rees and Carlos Contreras<br>Bates 4564-4573 | |
| 54. | New Mexico Secretary of State Business Application for Hound Dog Energy<br>Bates 4057-4065 | |

| EX. NO. | DESCRIPTION OF EXHIBIT | Admitted? |
|---|---|---|
| 55. | Wells Fargo Records for Account Number Ending is 4206<br>Bates 812-857 | |
| 56. | Wells Fargo Records for Account Number Ending is 4206<br>Bates 1356-1360 | |
| 57. | Wells Fargo Records for Account Number Ending is 4206<br>Bates 1382-1402 | |
| 58. | Wells Fargo Records for Account Number Ending is 4206<br>Bates 1549-1564 | |
| 59. | Hound Dog Energy Signature Card<br>Bates 429-433 | |
| 60. | Secretary of State Business Application for ABC&M LLC<br>Bates 4043-4055 | |
| 61. | Bank of America Signature Card for Big Hog Energy Checking Account Ending in 2771<br>Bates 614 | |
| 62. | Bank of America Signature Card for Big Striker Energy Checking Account Ending in 0748<br>Bates 560 | |
| 63. | Bank of America Signature Card for Big Striker Energy Savings Account Ending in 0751<br>Bates 573 | |
| 64. | Bank of America Signature Cards Big Striker Energy Checking Account ending in 3898<br>Bates 701 | |
| 65. | Texas Railroad Commission Organization Report for Hound Dog Energy<br>Bate 1789 | |
| 66. | Handwritten Contractor List Recovered at Maxwell Jensen's Home<br>Bates 1901-1902<br>**Withdrawn** | |
| 67. | Expert Report from ATF Special Agent Gregorio Boeglin<br>Bates 149-151<br>**Withdrawn** | |
| 68. | Texas Secretary of State Business Application for Hound Dog Energy LLC.<br>Bates 4420-4421 | |
| 69. | Christian Contreras Holding the Glock<br>Bates 4730<br>**Withdrawn** | |
| 70. | Drone Operator Footage<br>Bates 10 (ZOOM_0077.mp4) | |

| EX. NO. | DESCRIPTION OF EXHIBIT | Admitted? |
|---|---|---|
| 71. | Drone Operator Footage<br>Bates 11 (ZOOM_0078.mp4) | |
| 72. | Drone Operator Footage<br>Bates 12 (ZOOM_0079.mp4) | |
| 73. | Drone Operator Footage<br>Bates 13 (ZOOM_0080.mp4) | |
| 74. | Drone Operator Footage<br>Bates 14 (ZOOM_0098.mp4) | |
| 75. | Drone Operator Footage<br>Bates 15 (ZOOM_0099.mp4) | |
| 76. | Chart of Funds going to Hound Dog Energy<br>Bates 4728 | |
| 77. | Chart of Funds coming out of Hound Dog Energy<br>Bates 4729 | |
| 78. | Screenshot from Cellebrite Extraction of Jensen's Seized Phone, Conversation with Stuart Dollar August 2025 | |
| 79. | Certified copy of Release / Bond order in USA v. Jensen, from the United States District Court for the Southern District of Texas, 1:25-CR-00257 | |

Respectfully Submitted,

TODD BLANCHE
Attorney General
RYAN ELLISON
First Assistant United States Attorney
***Electronically filed on 8/10/2026***
JAMES A. DICKENS
BENJAMIN T. SUSLAVICH
Assistant United States Attorneys
200 N. Church Street
Las Cruces, New Mexico 88011
(575) 522-2304 – Tel.

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification to defense counsel of record on this date.

***Electronically filed on 8/10/2026***
JAMES A. DICKENS
Assistant United States Attorney