**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| v. | § | CAUSE NO.  5:25-cr-04750-MIS |
| | § | |
| MAXWELL JENSEN | § | |

---

**DEFENDANT MAXWELL JENSEN'S**
**REQUEST FOR LAFLER/FRYE HEARING**

---

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW, MAXWELL JENSEN (hereinafter "Defendant"), by and through undersigned counsel, respectfully requests that this Honorable Court set a Lafler/Frye Hearing in this case.

Respectfully submitted,

*/s/ Brock Benjamin*
BROCK BENJAMIN
Attorney for Defendant
New Mexico Bar No. 141535
1013 E. San Antonio Ave.
El Paso, Texas 79901
Tel: 915-412-5858
Fax: 915-503-2224
E-Mail:
brock@brockmorganbenjamin.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this the 11th day of August, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and service to all CM/ECF registrants.

*/s/ Brock Benjamin*
BROCK BENJAMIN