**IUNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

**Clerk's Minutes**
**Before the Honorable Margaret I. Strickland**

CASE NO.   **25-4750 MIS**                    DATE:  **August 11, 2026**


**Time in court: 1 hour 54 minutes**

TITLE:   **United States v   Maxwell Jensen and Christopher Ortega**

COURTROOM CLERK:   **Jessica Chavez**          COURT REPORTER:   **Rachel Lopez**
                                                                  **(raeufp@gmail.com)**

          ( ) Albuquerque    ( X) Las Cruces    ( ) Santa Fe    ( ) Roswell

( ) Bench warrant ordered                    INTERPRETERS:


                                             **USPO: Delilah Torrez**

ATTORNEYS PRESENT FOR PLAINTIFF(S):          ATTORNEYS PRESENT FOR DEFENDANT(S):
   **James Dickens**                              **Benigo Martinez and Brock Benjamin**
   **Ben Suslavich**                              **Andrew Ottaway**


TYPE OF PROCEEDING:              **Pretrial hearing (Evidentiary James hearing)**


**PROCEEDINGS:**

9:09 a.m. Court in session

Court: Will take up opposed motion to continue.

Mr. Martinez: Last week learned government had computer when Mr. Jensen was arrested in Utah. Information on computer may have Brady material. Request short continuance to review. Just discovered exculpatory information last week from client.


Mr. Dickens:   Scheduling question.   Trial will take five full days, family member has medical appt on 27th, will need to leave afternoon of 26th.    Government had information discovery, over one year. Multiple ways to make computer available.


Mr. Martinez:   Brady material, government obligation to look over and provide to defense.

Court:   Will look into.

Court Jury trial for both defendants, will send out minute order.    Daubert will be heard at 8:00 am on 8/19 before Jury assembles.

Court  proceed with James hearing.

Mr. Dickens:   Statements in exhibits.   Government exhibits 34, 34a. Body recordings and transcripts. Government exhibit 53.

9:22 a.m. Government, Mr. Dickens calls Trent Boone W1 (Sworn)     Case agent.    Confidential source, tip stolen oil.   Recording and transcript. Government exhibit 34, 34a.   Placed Christopher Ortega and Thomas Rees under arrest    Cell phone confiscated.   Government 45-48, screen shots.   Exhibit 49, Hound dog load tickets.   Recovered from Mr. Ortega truck.   Exhibit 53, Chats from Thomas Rees cell phone. Agent observations white truck hooking up to pipeline.   White truck returned to yard.

9:32 a.m.   Mr. Martinez cross examination W1, Agent Boone.     Judicial notice exhibits.   Case agent. Government exhibit 1 James hearing (14 statements). Statements do not mention Mr. Jensen. Superseding Indictment.   Interview of Christopher Ortega.   Interview of Thomas Rees.   Confidential source.   Superseding Indictment overacts 1-9, 11-12-15 (transfer of money) Mr. Jensen.   Overact 20 (statement to CI)   Conspiracy timeline.   Statements timeline.   Statements do not mention Mr. Jensen. Government exhibit 4 to Government response to James hearing.

Mr. Dickens will not be using at trial.

Mr. Martinez use for James hearing.

Mr. Jensen not in white truck, pipeline truck removal of oil.    Count 3 Mr. Jensen not charged in count (laundering monies)   Mr. Jensen never met Christopher Ortega.

10:05 a.m. Redirect examination W1, Agent Boone.        Mr. Jensen owner of company (monies). Mr. Jensen conversation with CI.    Owner of frack tanks.   Text messages Plain All American employees. Carlos Contreras role, driver.   Government exhibit 52, photo cell phone.   Conversation between Mr. Jensen and Mr. Rees.

Pass W1.

10:15 a.m. Mr. Ottway disavowed motion.

Mr. Martinez- James Hearing summary   (Demonstrative exhibit 1)

Court     will get ruling out.


10:17 a.m. Court defense exhibit list.

Mr. Benjamin   defense objection to government exhibit list.   Objections CI identification to Mr. Jensen.

Government 17-30.

Court no foundation was not made.   Government can call witnesses foundation objection made.

Mr. Dickens     Bruton statement.   Do not believe in there.

10:22 a.m. Court will be on break.

1044am.   Court in session


Mr. Martinez     a lot of the witnesses are available via , will be able to lay foundation.   Withdraw

Court     Foundation has been laid for exhibits.


Court exhibit 44 and 44a (Christopher Ortega)

Mr. Benjamin disagree Bruton

Mr. Dickens   argument.   Do not believe Bruton issue.

Mr. Benjain argument - statement offered as conspiracy statement, implicate Mr. Jensen.

Mr. Dickens     text message part of conspiracy.   Not part of post mirandized statement.

Court only talking interview Mr. Ortega taken by law enforcement.

Mr. Martinez Interview raises Bruton issue.

Court Interview of Mr. Ortega after arrest, how does it affect client if not mentioned. Possible exculpable of client.

Mr. Benjamin Bruton, does not implicate.   Raise Crawford.

Mr. Dickens protential Crawford issue, jury instruction.

Mr. Benjamin research issue.

Court Will look into Crawford, reconsider bifurcation issue of Mr. Ortega and Mr. Jensen.

Mr. Martinez Given discussion with Mr. Ottaway, may not have issue with Bruton or Crawford.

Court will review Crawford and reconsider protential bifurcation.

Mr. Martinez Mr. Jensen has not objection to bifurcation.     Written objection 404b Manny Rodriguez will

be filed

Mr. Dickens prior interactions between Mr. Rodriguez and Mr. Jensen.

Court 404b issue similar scheme.

Mr. Martinez would like opportunity to brief.

Mr. Dickens objections to defense exhibits, Motion in limine, Def 23

Mr. Martinez will be using- impeachment.

Mr. Dickens ruling by the Court.   Admit to convicted felon. Moved to exclude anything else.

Mr. Martinez facts of prior convictions, credibility.

Court take up at trial.

Mr. Dickens exhibit 30 and 35 objection, prejudicial.

Mr. Martinez   6th amendment motion, redaction DPS reports.

Court will not talk about in opening or witnesses.   Discuss at bench.   Criminal history impeaching behavior beside fact of convicted felon, discuss first.

Court proceed with pretrial.

Court discuss Voir Dire, jury selection.   Opening, govt 30 minutes, Mr. Jensen 45 minutes, Mr. Ortega 20 minutes. Daubert hearing at 8:00 am, 8/19.   JERS.

Mr. Dickens request lafler hearing before magistrate Judge.

Mr. Benjamin   CI   information and request to government.

Mr. Dickens turned over everything defense entitled to.

Mr. Martinez Count 1, 2 issue. Believe not substantive, should go to Court.

Mr. Dickens addresses court. Count 2 substantive or enhancement.   Believe substantive, position by Government.

Mr. Martinez argument.

Court will consider.   Will review motion to continue.

11:27 a.m. Court in recess.