**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA.** | § | |
| **Plaintiff,** | § | |
| | § | **CASE NO.: 5:25-cr-04750-MIS** |
| **v.** | § | |
| | § | |
| **MAXWELL JENSEN,** | § | |
| **Defendant.** | § | |

**MOTION TO APPEAR PRO HAC VICE**

TO THE HONORABLE COURT:

COMES NOW ATTORNEY, JASON M. DAVIS, and moves this Court for an Order permitting him to appear pro hac vice as co-counsel for MAXWELL JENSEN, Defendant in the above-entitled case, and in support of his application, would respectfully show:

1. I am a member in good standing of the Bar of the following courts:

   State Bar of Texas;
   Texas Supreme Court;
   State Bar of Florida;
   Florida Supreme Court;
   U.S. Supreme Court;
   U.S. District Court for the Southern District of Texas;
   U.S. District Court for the Northern District of Texas;
   U.S. District Court for the Eastern District of Texas;
   U.S. District Court for the Western District of Texas;
   U.S. Court of Federal Claims;
   U.S. Court of Appeals, Fifth Circuit.

2. I have practiced law in state and federal court in Texas since 1995.

3. My Texas State Bar license number is 00793592.

4. I have read the local rules for the District of New Mexico as well as the Local Rules relating to the Admissions and Discipline of Attorneys and will faithfully abide by them.

5. I have an office, Davis & Santos, PLLC, located at 719 S. Flores St., San Antonio, Texas 78204, telephone (210) 853-5882, email: jdavis@dslawpc.com.

6. I obtained my law degree at the University of Texas School of Law.

7. Attorney Brock M. Benjamin, 1013 E. San Antonio, Ave., El Paso, Texas 79901 telephone (915) 412-5858, will be appearing as local counsel on my behalf.

**PRAYER**

WHEREFORE PREMISES CONSIDERED, JASON M. DAVIS, asks the Court to consider his application to appear pro hac vice as co-counsel and grant said application.

DATED: August 13, 2026.

Respectfully submitted,

By: */s/ Brock Benjamin*

Brock Benjamin
New Mexico Bar No. 141535
Texas Bar No. 24048167
1013 E. San Antonio Ave.
El Paso, Texas 79901
Tel: 915-412-5858
Fax: 915-503-2224
E-Mail: brock@brockmorganbenjamin.com

By: */s/ Jason M. Davis*

Jason M. Davis
(*pro hac vice application pending*)
Texas Bar No. 00793592
719 S. Flores Street
San Antonio, Texas 78204
Tel: (210) 853-5882
Fax: (210) 200-8395
E-Mail: jdavis@dslawpc.com

***Attorneys for Defendant Maxwell Jensen***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 13th day of August 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and service to all CM/ECF registrants.

*/s/ Brock Benjamin*
Brock Benjamin