**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA** | § | | |
| | § | | |
| **vs.** | § | **NO.** | **5:25-CR-04750-007-MIS** |
| | § | | |
| **OBED LOPEZ** | § | | |

**ENTRY OF APPEARANCE OF CO-COUNSEL**

**COMES NOW, RUBEN ORTIZ,** a duly licensed attorney in the State of Texas, and files this his Entry of Appearance as Co-Counsel for Defendant, **OBED LOPEZ,** and enters his appearance in the above- entitled and numbered cause as attorney of record for all purposes.

Respectfully submitted,

*/s/ Ruben Ortiz*
**RUBEN ORTIZ**
Attorney for Defendant
1141 E. Rio Grande
El Paso, Texas 79902
(915) 545-1616
(915) 546-1619
STATE BAR NO.: 24004845
NM STATE BAR NO: 161652

**CERTIFICATE OF SERVICE**

I, **Ruben Ortiz,** hereby certify that on August 17, 2026, a true and correct copy of the above foregoing document was forwarded to opposing counsel in the following manner:

United State Attorney's Office
200 N. Church
Las Cruces, NM 88001
Phone: 575-522-2304

_____ Regular Mail
_____ Certified Mail
_____ Hand-Delivery
__X__ Via Facsimile
_____ Email

*/s/ Ruben Ortiz*
**RUBEN ORTIZ**