**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| | § | |
| **v.** | § | **CAUSE NO. 5:25-cr-04750-MIS** |
| | § | |
| **MAXWELL STERLING JENSEN** | § | |

**MOTION FOR PERMISSION TO BRING ELECTRONIC DEVICES**

Undersigned counsel for Defendant MAXWELL STERLING JENSEN respectfully moves for permission for defense investigators and paralegals to bring laptops and cell phones into the courtroom, and to access the Courthouse's Wi-Fi network for the purposes of trial.

This Motion is supported by good cause in that the electronic devices are necessary to aid counsel in the presentation of evidence, examination of witnesses, and other aspects of trial in this matter. Due to the nature of this motion, undersigned did not seek the government's position.

WHEREFORE, for the foregoing reasons, Defendant respectfully requests that the Court permit Jeffrey Jenson and Mayra Padilla, investigator and paralegal on the defense team, to bring electronic devices into the courtroom for all proceedings in the above cause.

Respectfully submitted,

*/s/ Brock Benjamin*

BROCK BENJAMIN
Attorney for Defendant
New Mexico Bar No. 141535
1013 E. San Antonio Ave.
El Paso, Texas 79901
Tel: 915-412-5858
Fax: 915-503-2224
E-Mail: brock@brockmorganbenjamin.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this the 17th day of August, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and service to all CM/ECF registrants.

*/s/ Brock Benjamin*
BROCK BENJAMIN