IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO
AUG 17 2026
WRR
ERIK PALTROW
CLERK OF COURT

UNITED STATES OF AMERICA,

Plaintiff,

vs. Cr. No. 25-4750MIS

Maxwell Sterling Jensen,

Defendant.

**CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE IN A FELONY CASE**

The United States Magistrate Judge has explained to me the nature of the offense(s) with which I am charged and the maximum possible penalties which might be imposed if I plead guilty. I have been informed of my right to the assistance of legal counsel and of my right to plead or go to trial, judgment and sentencing before a United States District Judge.

**I HEREBY: Waive (give up) my right to enter my plea before a United States District Judge and I consent to entering my plea, knowingly and voluntarily, before a United States Magistrate Judge.**

MAX
Defendant

BR
Attorney for Defendant

**Date:** 8/17/26

**Before:** Kevin Sweazea
**United States Magistrate Judge**