# PLEA MINUTE SHEET

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO (AT LAS CRUCES)**

| **CR 25-4750 MIS** | **UNITED STATES vs. JENSEN, et al.,** |
|---|---|

**Before The Honorable Kevin R. Sweazea, United States Magistrate Judge**

| | | | |
|---|---|---|---|
| Hearing Date: | 8/17/2026 | Time In and Out: | 1:43p.m-1:48; 2:42-2:55; 3:02-3:11 (22 min) |
| Clerk: | V. Ruiz | Digital Recording: | LC-Sierra Blanca |
| Defendant: | MAXWELL STERLING JENSEN | Defendant's Counsel: | BROCK BENJAMIN |
| AUSA: | JAMES DICKENS | Interpreter: | N/A ☐ Sworn ☐ Waived |

| | | | |
|---|---|---|---|
| ☒ | Defendant Sworn | ☐ | First Appearance |
| ☒ | Consent to proceed before a magistrate judge executed with full knowledge of meaning and effect. | | |
| ☒ | Deft acknowledges receipt of: **Superseding Indictment** | | |
| ☐ | If Deft proceeding by way of information, Deft acknowledges right to an indictment and waives that right. | | |
| ☒ | Terms and conditions of proposed plea agreement explained. | ☒ | Defendant indicates understanding of its terms. |
| ☒ | Factual predicate to sustain the plea provided. | | |
| ☒ | Deft questioned re Deft's age, education, physical/mental condition, and whether under the influence of alcohol, drugs, or any medication. Deft advised of charge(s), penalties and possible consequences of the plea. | | |
| ☒ | Deft advised of constitutional rights, loss of rights, and maximum possible penalties (including imprisonment, fine, supervised release, probation, SPA, restitution, and any forfeitures). | | |
| ☒ | Deft questioned re time to consult with attorney and if satisfied with his or her representation. | | |
| ☒ | Court finds Deft fully understands charge(s) and the consequences of entering a guilty plea to that charge (or those charges). | | |
| ☒ | Deft pleads GUILTY to: **Superseding Indictment** | | |
| ☒ | Allocution by Deft on elements of charge(s). | | |
| ☒ | Court finds plea freely, voluntarily, and intelligently made; plea of guilty accepted. | | |
| ☒ | Deft adjudged guilty. | | |
| ☒ | Acceptance of plea agreement deferred until final disposition hearing by district judge. | | |
| ☒ | Sentencing Date: **to be notified** | | |
| ☒ | Defendant to Remain in Custody | | |
| ☐ | Present conditions of release continued | ☐ | Conditions changed to: |
| ☐ | Penalty for failure to appear explained | | |
| ☒ | Presentence Report Ordered (Already Prepared) | ☐ | Expedited (Type III) |
| | Other Matters: DEFENDANT ENTERS GUILTY PLEA TO COUNT 1s. GOVERNMENT WILL MOVE TO DISMISS COUNT 2s AT THE TIME OF SENTENCING. | | |