**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW MEXICO**

**Bench Trial Clerk's Minutes**

**Before the Honorable Margaret I. Strickland**

**CASE NO.** **CR 25-4750 MIS** **DATE:** **August 19, 20 and 21, 2026**

**Time in court: 10hours, 8 minutes**

**TITLE:** **United States v. CHRISTOPHER ORTEGA**

**COURTROOM CLERK:** **Jessica Chavez** **COURT REPORTER:** **Rachel Lopez**

Albuquerque ( X) Las Cruces ( ) Santa Fe ( ) Roswell

**INTERPRETER:** **none**

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**

**James Dickens**
**Benjain Suslavich**

**ATTORNEYS PRESENT FOR DEFENDANT(S):**

**Andrew Ottaway**

**TYPE OF PROCEEDING:** **Bench trial (Evidentiary)**

**PROCEEDINGS:**

**1:33 pm Court in session**

**Court here for bench trial. Court reviews waiver of jury trial with Mr. Christopher Ortega.**

**1:34 pm Opening statement by government, Mr. Dickens.**

**1:56 pm Opening statements by defense, Mr. Ottaway.**

**2:02 pm Court exhibits 1-79**

**Mr. Ottaway no objection to exhibits**

**Court Admits government exhibits 1-79.**

**2:03 pm Government, Mr. Dickens calls Wilson Putnam W1 (Sworn) Investigator. Oil from ground, separation process. Disposal yard.**

**Mr. Dikens offers as expert in oil field.**

**Mr. Ottaway no objection**

**Court Acknowledge as expert in oil filed.**

**Water out of ground with oil. Vacuum truck, should not be hauling crude oil. Methods in retrieving oil. Pigging the line. Use vacuum hauler. Load tickets. Lact stations. Value of crude oil in summer 2025.**

**2:22 pm Pass W1**

**2:23 pm Cross examination W1, Wilson Putnam by Mr. Ottaway. How long learn oil business, approx. 1-2 years.**

**Pass W1**

**2:24 pm Re Direct examination W1, by Mr. Ottaway**

**Court excuses W1**

***** Interpreter used for family member (Margarita Birnbaum)**

**2:25 pm Government, Mr. Dickens calls Obed Lopez W2 (Sworn) Employment. Previously worked for Plains All American Pipeline. Operations supervisor. Vacuum trucks, previously operated. Not used for transport crude oil. Familiar with Lact station. Pigging a line. Government exhibit 40, photo. Approached by person to help with oil theft. Person offered $720 to split between persons. Reached out through whatsup app. Person would contact Mr. Lopez and he would tell co-workers. Mr. Lopez never met vacuum trucks. Mr. Lopez paid by cash. Began March/April 2025. Government exhibit 35, photo. Truck belonged to German Santillan. End of August 2025 supervisor showed Mr. Lopez photo of truck. Sites were in New Mexico. Approximately thousands of barrels of oil taken out. Arrested Februry2026. Pled guilty.**

**Pass W2.**

**2:41 pm Cross examination W1, Obed Lopez by Mr. Ottaway. Load oil in vacuum truck.**

**Pass W2.**

**2:42 pm Re Direct examination W1, Obed Lopez by Mr. Dickens. Not legal to load pure oil in vacuum truck.**

**Court excuse W2.**

**2:42 pm Government, Mr. Suslavich calls Mr. German Ortiz-Santillano W3 (Sworn) (Interpreter Margarita Birnbaum)**

**Employed by Azteca energy. Previously worked for Plains All American Pipeline 3 years. Duties as operator. Duties as pipe liner operator. Government Exhibit 35, photo of truck. Mr. Ortiz-Santillano assigned truck. No one else used truck. Vacuum trucks. Government exhibit 4, photo. Pigging station. Vacuum truck used in pigging operation, help clean out lines for waste. Involved in removing oil, removed lock and let vacuum truck in. Arrested August 2025. Agreement with other employee Plains All American, Samuel Cardona. Oil being removed. Participated 4-5 times a week. Paid $360.00. Arrested and charged. Pled guilty.**

**3:00 pm Pass W3.**

**3:00 pm Cross examination W3, Mr. German Ortiz-Santiallno. Paid in cash.**

**Court excuses W3.**

**3:01 pm Government, Mr. Suslavich calls Kye Harris W4 (Sworn) Investigator Reeve's County Sheriff. Investigate oil and gas theft, 2 years. Training. Familiar with pigging station, vacuum trucks. USS, drone pilot. Recorded video in Artesia, NM. Surveilling Plains All American.**

**Government exhibit 70 being played.**

**Government exhibit 71 being played.**

**Government exhibit 72 being played.**

**Government exhibit 73 being played.**

**Government exhibit 74 being played.**

**Government exhibit 75 being played.**

**Followed vacuum truck approximately 2 miles away from site once it was loaded with pure oil.**

**Filmed on July 30, 2025.**

**Pass W4**

**Mr. Ottaway no questions**

**Court excuse W4.**

**3:25 pm Government, Mr. Suslavich calls Kobe Huett W5 (Sworn) Investigator Texas DPS. Duties, Oil theft crimes unit. Drone operator. Contacted to surveilled by drone in Carlsbad, 7 rivers area 7/30/2025.**

**Government exhibit 9 being played.**

**Government exhibit 10 being played**

**Government exhibit 11 being played**

**7 rivers location, same date during the evening hour.**

**Government exhibit 12 being played**

**Government exhibit 13 being played.**

**Government exhibit 7, still photo. Government exhibit 8, still photo. Oil hauler in picture. Transport oil. Vacuum trucks only transport waste. Oil from frack being placed into oil hauler.**

**Pass W5**

**Mr. Ottaway no questions**

**Court excuses W5.**

**3:50 pm Court in recess. (Day 1 – August 19, 2026)**

**9:33 a.m. Court in session (Day 2 – August 20, 2025)**

**9:34 a.m. Government, Mr. Dickens calls John Sneathen (W6) Employed by Pecos Task Force. July 25, 2025 employed by Eddy County Sheriff. Followed two oil haulers from Carlsbad NM to Texas. Observations. Photo taken. Government exhibit 41, photo. Government exhibit 42, photo.**

**Pass W6**

**Mr. Ottaway no questions**

**Court excuses W6.**

**9:40 a.m. Government, Mr. Dickens calls Stuart Dollar W7 (Sworn) Live in Midland, TX. Worked previously in mining industry. Little knowledge of oil. Applied for job, interviewed with Maxwell Jensen. Job listing, yard manager in Odessa TX. Job duties. Yard was oil yard, frack tanks. Max Jensen indicated was in legal trouble, needed to sell off equipment. Red flags. Mr. Dollar contacted FBI. Offered to help.**

**Mr. Jensen asked Mr. Dollar to source drivers. Mr. Jensen switched phones/number. Mr. Dollar recorded phone conversations. Text messages saved and screen shot.**

**Government exhibit 17 being played.**

**Government exhibit 31, photo sliding scale.**

**Government exhibit 17 being played.**

**Government exhibit 18 being played.**

**Government exhibit 19 being played.**

**Government exhibit 20 being played.**

**Government exhibit 21 being played.**

**Government exhibit 22 being played.**

**Government exhibit 24 being played**

**Mr. Jensen asked Mr. Dollar to talk to “Chris” about “guys”**

**Government exhibit 25 being played**

**Mr. Dollar speaking with Mr. Ortega.**

**Government exhibit 27 being played.**

**Mr. Jensen asked Mr. Dollar to meet with Chris.**

**Government exhibit 26 being played**

**Government exhibit 28 being played**

**Government exhibit 29 being played**

**Government exhibit 30 being played**

**Money passed through Mr. Rees business. Saving text messages between Mr. Dollar and Mr. Jensen. Government exhibit 33, Text messages. Mr. Dollar travel to 7 Rivers to meet with Thomas Rees and Chris Ortega. Mr. Ortega’ wife in truck. Government exhibit 52, photo.**

**Government exhibit 34 being played.**

**Conversation with Chris Ortega. Odessa yard. Mr. Ortega stated “heat on it”. Mr. Ortega knowledge oil prices. Mr. Ortega knowledge Mr. Jensen on conditions of release, bail.**

**12:00 pm Court in recess, lunch.**

**1:21 p.m. Court in session.**

**1:22 p.m. Continued Direct examination W7, Stuart Dollar by Mr. Dickens. Identified Mr. Ortiz.**

**1:23 p.m. Cross examination W7, Mr. Stuart Dollar by Mr. Ottaway. Maxwell Jensen legal troubles.**

**Pass W7.**

**1:25 p.m. Re Direct examination W7, Stuart Dollar by Mr. Dickens. Cutting Mr. Ortega in Odessa location.**

**1:26 p.m. Mr. Ottaway objection**

**Court rephrase question.**

**Court excuses W7.**

**1:26 p.m. Government, Mr. Dickens calls Agent Trent Boone, W8 (Sworn) Special agent with Bureau of Land Management. Investigations in oil field, training. June 18, 2025, was contacted by FBI agent possible oil theft scheme. Surveillance. Government exhibit 7, photo. Hound dog energy, operator, Thomas Rees. Common vehicles, vacuum truck, MIS LLC. July 22, 2025, Agent Boone followed vacuum truck to Plains All American Pipeline. Vacuum truck should not be hauling pure crude oil. Government exhibit 38, photo. Government exhibit 39, photo. Gate locked. Government exhibit 40, photo pipeline riser. July 25, 2025, observed two oil haulers, company 9G, hook up to frack container at 7 rivers. Trucks drove to Lact station in Texas. July 30, 2025, Multi agency operation. 7 rivers facility, person wearing blue shirt, Carlos Contreras, person wearing black shirt was Christopher Ortega. Tracker warrant, tracking device on vacuum truck. First device became inoperable. August 2025 placed second device. Truck traveled to Plain All America and returning to 7 rivers facility. August 20, 2025 device on side of road, written message on it. Government exhibit 35, photo of Plains truck. Government exhibit 36, photo MIS vacuum truck. Government exhibit 37, photo. August 21, 2026, CI met with Christopher Ortega and Thomas Rees. Agents and law enforcement moved in and arrested Mr. Ortega and Mr. Rees. Mr. Ortega cell phone seized, consent. Government exhibit 45, whatsup text screenshot. Physical load tickets from Mr. Ortega truck. Government exhibit 49, hound dog load ticket. Government exhibit 50, 9G load ticket.**

**Pass W8**

**2:01 p.m. Cross examination W8, Agent Boone, by Mr. Ottaway. Agent previous encounter with Mr. Ortega. Mr. Ortega voluntarily gave statement and consent to phone. Statements in police vehicle. Only saw Mr. Ortega going to and from 7 rivers station.**

**Pass W8**

**2:05 p.m. Re Direct examination W8 Agent Boone by Mr. Ottaway. Mr. Ortega part of Bandidos.**

**Pass W8**

**Court excuses W8.**

**2:06 p.m. Government, Mr. Dickens calls Agent Nathan Jeronimus W9, (Sworn) Special Agent with FBI. Prior law enforcement experience. Received call from office in Midland Texas, possible illegal activity. Communication with Mr. Dollar. August 21, 2025, take down of Mr. Ortega and Mr. Rees. Interview of Mr. Ortega.**

**Government exhibit 44, interview of Mr. Ortega being played.**

**Quality of oil. Number of trucks daily. Value. Length of time for truck leave and return. Payment being paid to Mr. Ortega. Maxwell Jensen under house arrest in Utah. Mr. Rees would travel to Utah. Oil would be traveling to Andrews or Tarzan Texas. Tom told Mr. Ortega skimming oil at 7 rivers. Mr. Ortega expressed concerns to Thomas Rees, stated keep writing tickets.**

**Pass W9**

**Mr. Ottaway no questions.**

**Court excuses W9**

**3:17 p.m. Court in recess, break**

**3:23 p.m. Court in session.**

**3:24 p.m. Government, Mr. Dickens calls Quinton Franzoy, W10 (Sworn) Employed by Bureau of Land Management. Previously employed by US Air Marshal. Observation of vehicles in operation. Followed truck short distance, the turned around and began following vacuum truck. Handed off to another unit. August 21, 2025, Role in arrest/take down. Mr. Ortega in white Ford, found hound dog load tickets, 9G load tickets.**

**Pass W10**

**Mr. Ottaway no questions**

**Court Excuses W10**

**3:32 p.m. Government, Mr. Dickens calls Tara Tripp, W11 (Sworn) Special Agent Homeland Security. August 2025 Bureau of Land Management requested assistance in investigation. Training in extracting electronic data. Reviewed Cell phone data from Mr. Ortega. Located photos, load tickets, chats between Carlos Contreras and Chris Ortega. Government exhibit 46, Excel spreadsheet. 46 load tickets, 4 were not involving Carlos or MIS LLC. Government exhibit 47, Chats. Government exhibit 48, screen shot Jensen and Dollar 8/2025. Government exhibit 54, NM Business application hound dog energy. Government exhibit 60. NM Business application for ABC&M LLC.**

**Pass W11**

**Mr. Ottaway no questions**

**Court excuses W11.**

**3:57 p.m. Court in recess (End of day two – August 20, 2026)**

**9:32 a.m. Court in session (Day 3 – August 21, 2026)**

**9:33 a.m. Government, Mr. Suslavich calls Matthew Sanchez W12 (Sworn) Special Agent, IRS. Financial records, bank, for Hound Dog, Big Striker. Government exhibit 55, Bank record Wells Fargo. Government exhibit 56, Wells Fargo Business application Hound Dog. Government exhibit 59, Hound Dog signature card. Government exhibit 61, Signature card Big Hog Energy. Government exhibit 62, Signature card Big Striker Energy. Government exhibit 63, Signature card Big Striker. Government exhibit 64, Signature card Big Striker. Government exhibit 57, Business checking statement, Hound Dog Energy. Government exhibit 58, Wire transaction report. Government exhibit 76, Chart Hound Dog incoming transaction. Government exhibit 77, Chart Hound Dog outgoing funds. ABC&M LLC cash app payment to. Final amount in Hound Dog LLC when closed. Scott Rees, Thomas Rees father.**

**Pass W11.**

**10:09 a.m. Cross examination W11 Agent Sanchez Scott Rees took out loans.**

**Pass W11**

**Court excuses W11**

**Government rests**

**10:10 a.m. Defense, Mr. Ottaway calls Thomas Rees W13 (Sworn)**

**Court addresses Mr. Rees attorneys are not present. Admonishes Mr. Rees right to testify or not testify and attorney presence.**

**Mr. Rees wishes to testify without attorney present.**

**Dad, Scott Rees lent money to Thomas Rees to start business. Met Chris Ortega interviewed position to watch over yard. Wage for Mr. Ortega, 950 week. Finders fee to bring in as seller of oil. Taught Mr. Ortega to gauge and write tickets. No agreement with Mr. Ortega illegal dealings.**

**10:20 a.m. Cross examination W13, Thoms Rees by Mr. Dickens. Hired Mr. Ortega.**

**Government exhibit 34 being played.**

**Government exhibit 29 being played**

**Mr. Ortega continued to work.**

**10:34 a.m. Pass W13.**

**Court excuses W13.**

**10:34 a.m. Defense, Mr. Ottaway calls Christopher Ortega W14 (Sworn) Carlsbad, New Mexico. Married and 2 kids. Military service, injured. Went back to Carlsbad, contract pumper oil. Retired from oil field. Motorcycle club, left May 2025. Applied on Indeed, contacted by Max Jensen. Received text from Thomas Rees, interviewed at 7 rivers. Wages. Other pay, conditions. Employed for 6 weeks before arrested. Carlos had own frack tank at 7 rivers. Wrote tickets to Carlos, taught by Thomas Rees. Began worrying about 1 month, concerns about Carlos. Thomas Rees showed Mr. Ortega contracts etc. Never had agreement with Thomas Rees or Max Jensen making money illegal products. Should have quit month in, suspicions. Carlos accused Mr. Ortega put tracker on truck. Carlos escort truck, family. Stuart Dollar conversation. Payment for 1850, Mr. Ortega replaced valves. Explanation of other monies received. Arrested/interviews.**

**Pass W13.**

**10:59 a.m. Court in recess. Break**

**11:07 a.m. Court in session**

**Cross examination W14, Chris Ortega by Mr. Dickens. Criminal history. Motorcycle club. Can tell "good" oil and "bad" oil. Hound Dog June 22 – August 2025. Sole employee for Hound Dog. Carlos Contreras brought in oil during this time. Carlos brought in 93% of oil. Carlos had own frack tank at 7 rivers. Hound Dog did nothing to purify oil, held oil for few days until sold. 9G would pick up oil and taken to Texas. Carlos would bring 1-3 loads a day. Mr. Ortega would leave Carlos at 7rivers alone. Government exhibit 46. Never worked buying and selling oil.**

**Court excuses W14**

**11:30 a.m. Defense, Mr. Ottaway calls Noami Bernin W15 (Sworn) Wife of Mr. Ortega. Conversation Thomas Rees, Mr. Ortega and other gentleman. Ms. Bernin sat in truck.**

**Pass W15.**

**Mr. Dickens no questions**

**Court excuses W15.**

**Defense rests.**

**Government no rebuttal.**

**Mr. Ottaway move for directive verdict.**

**Court Count 9, evidence moving stolen oil.**

**Mr. Dickens response.**

**Court Deny motion.**

**Court: Written closing arguments, Findings and conclusion of law due in one week, August 28 by 5:00 pm.**

**11:35 a.m. Court adjourned.**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**UNITED STATES OF AMERICA,**

Plaintiff,

v. **No. CR 25-4750 MIS**

**CHRISTOPHER ORTEGA ,**

Defendant.

**EXHIBITS**

| United States of America vs Christopher Ortega | | Case No. CR 25-4750 MIS |
|---|---|---|
| Plaintiff's Attorneys:<br><br>James Dickens and Ben Suslavich | Defendant's Attorneys:<br><br>Andrew Ottaway | United States District Court<br>District of New Mexico<br><br>Trial Date(s): August 19, 20 and 21, 2026 |
| Presiding Judge: Margaret I. Strickland | Court Reporter: Rachel Lopez | Courtroom Deputy: Jessica Chavez |

| Govt No. | Deft No. | Date Offered | Off. | Obj. | Adm. | **Description of Exhibits*** |
|---|---|---|---|---|---|---|
| 4 | | 8/19/2026 | X | | X | Drone Operator Still Photos 1 |
| 5 | | 8/19/2026 | X | | X | Drone Operator Still Photos 2 |

| Govt No. | Deft No. | Date Offered | Off. | Obj. | Adm. | **Description of Exhibits*** |
|---|---|---|---|---|---|---|
| 6 | | 8/19/2026 | X | | X | Drone Operator Still Photos 3 |
| 7 | | 8/19/2026 | X | | X | Drone Operator Still Photo |
| 8 | | 8/19/2026 | X | | X | Drone Operator Still Photo |
| 9 | | 8/19/2026 | X | | X | Drone Operator Footage |
| 10 | | 8/19/2026 | X | | X | Done Operator Footage |
| 11 | | 8/19/2026 | X | | X | Drone Operator Footage |
| 12 | | 8/19/2026 | X | | X | Drone Operator Footage |
| 13 | | 8/19/2026 | X | | X | Drone Operator Footage |
| 17 | | 8/19/2026 | X | | X | Audio 7/13/25 |
| 17 a | | 8/19/2026 | X | | X | Transcript of Exhibit 17 |
| 18 | | 8/19/2026 | X | | X | Audio 7/13/25 |
| 18 | | 8/19/2026 | X | | X | Transcript of Exhibit 18 |
| 19 | | 8/19/2026 | X | | X | Audio 7/16/25 |
| 19a | | 8/19/2026 | X | | X | Transcript of Exhibit 19 |
| 20 | | 8/19/2026 | X | | X | Audio 7/22/25 |
| 20a | | 8/19/2026 | X | | X | Transcript of Exhibit 20 |

| Govt No. | Deft No. | Date Offered | Off. | Obj. | Adm. | **Description of Exhibits*** |
|---|---|---|---|---|---|---|
| 21 | | 8/19/2026 | X | | X | Audio 7/23/25 |
| 21a | | 8/19/2026 | X | | X | Transcript of Exhibit 21 |
| 22 | | 8/19/2026 | X | | X | Audio 7/23/25 |
| 22a | | 8/19/2026 | X | | X | Transcript of Exhibit 22 |
| 23 | | 8/19/2026 | X | | X | Audio 7/24/25 |
| 23a | | 8/19/2026 | X | | X | Transcript of Exhibit 23 |
| 24 | | 8/19/2026 | X | | X | Audio 7/25/25 |
| 24a | | 8/19/2026 | X | | X | Transcript of Exhibit 24 |
| 25 | | 8/19/2026 | X | | X | Audio 7/25/25 |
| 25a | | 8/19/2026 | X | | X | Transcript of Exhibit 25 |
| 26 | | 8/19/2026 | X | | X | Audio 7/29/25 |
| 26a | | 8/19/2026 | X | | X | Transcript of Exhibit 26 |
| 27 | | 8/19/2026 | X | | X | Audio 7/29/25 |
| 27a | | 8/19/2026 | X | | X | Transcript of Exhibit 27 |
| 28 | | 8/19/2026 | X | | X | Audio 8/12/25 |
| 28a | | 8/19/2026 | X | | X | Transcript of Exhibit 28 |

| Govt No. | Deft No. | Date Offered | Off. | Obj. | Adm. | **Description of Exhibits*** |
|---|---|---|---|---|---|---|
| 29 | | 8/19/2026 | X | | X | Audio 8/13/25 |
| 29a | | 8/19/2026 | X | | X | Transcript of Exhibit 29 |
| 30 | | 8/19/2026 | X | | X | Audio 8/20/25 |
| 30a | | 8/19/2026 | X | | X | Transcript of Exhibit 30 |
| 31 | | 8/19/2026 | X | | X | Sliding Scale |
| 32 | | 8/19/2026 | X | | X | Indeed Job Search |
| 34 | | 8/19/2026 | X | | X | Body Recording of Stuart Dollar |
| 34a | | 8/19/2026 | X | | X | Transcript of Exhibit 34 |
| 35 | | 8/19/2026 | X | | X | Plains All American Pipeline Truck assigned to German Ortiz-Santillan |
| 36 | | 8/19/2026 | X | | X | M.I.S. LLC Vacuum Truck |
| 37 | | 8/19/2026 | X | | X | M.I.S. LLC Vacuum Truck |
| 38 | | 8/19/2026 | X | | X | Photo of Plains All American Pipeline |
| 39 | | 8/19/2026 | X | | X | Photo of Plains All American Pipeline |
| 40 | | 8/19/2026 | X | | X | Photo of pigging station at Plains All American Pipeline |
| 41 | | 8/19/2026 | X | | X | Lact Station in Texas |
| 42 | | 8/19/2026 | X | | X | Lact Station of Texas |

| Govt No. | Deft No. | Date Offered | Off. | Obj. | Adm. | **Description of Exhibits*** |
|---|---|---|---|---|---|---|
| 44 | | 8/19/2026 | X | | X | Interview of Christopher Ortega |
| 44a | | 8/19/2026 | X | | X | Transcript of Exhibit 44 |
| 45 | | 8/19/2026 | X | | X | Screenshots of Christopher Ortega's Cell Phone |
| 46 | | 8/19/2026 | X | | X | Excel Hound tickets Cristophe Ortega's Cell Phone |
| 47 | | 8/19/2026 | X | | X | Chats between Christopher Ortega and Carlos Contreras |
| 48 | | 8/19/2026 | X | | X | Chats between Christopher Ortega and Thomas Rees |
| 49 | | 8/19/2026 | X | | X | Hound Dog Loan Tickets |
| 50 | | 8/19/2026 | X | | X | 9G Loan Ticket |
| 51 | | 8/19/2026 | X | | X | Thomas Rees Business Card |
| 52 | | 8/19/2026 | X | | X | Chats between Thoms Rees and Maxwell Jensen |
| 53 | | 8/19/2026 | X | | X | Chats between Thomas Rees and Carlos Conteras |
| 54 | | 8/19/2026 | X | | X | NM Secretary of State Business Application for Hound Dog Energy |
| 55 | | 8/19/2026 | X | | X | Wells Fargo Records for Account Number Ending is 4206 |
| 56 | | 8/19/2026 | X | | X | Wells Fargo Records for Account Number Ending is 4206 |
| 57 | | 8/19/2026 | X | | X | Wells Fargo Records for Account Number Ending is 4206 |
| 58 | | 8/19/2026 | X | | X | Wells Fargo Records for Account Number Ending is 4206 |

| Govt No. | Deft No. | Date Offered | Off. | Obj. | Adm. | **Description of Exhibits*** |
|---|---|---|---|---|---|---|
| 59 | | 8/19/2026 | X | | X | Hound Dog Energy Signature Card |
| 60 | | 8/19/2026 | X | | X | Secretary of State Business Application for ABC&M LLC |
| 61 | | 8/19/2026 | X | | X | Bank of America Signature Card for Big Hog Energy Checking Account Ending in 2771 |
| 62 | | 8/19/2026 | X | | X | Bank of America Signature Card for Big Striker Checking Account Ending in 0748 |
| 63 | | 8/19/2026 | X | | X | Bank of America Signature Card for Big Hog Energy Saving Account Ending in 0751 |
| 64 | | 8/19/2026 | X | | X | Bank of America Signature Card for Big Hog Energy Checking Account Ending in 3898 |
| 65 | | 8/19/2026 | X | | X | Texas Railroad Commission Organization Report Hound Energy |
| 68 | | 8/19/2026 | X | | X | Texas Secretary of State Business Application for Hound Dog Energy |
| 70 | | 8/19/2026 | X | | X | Drone Operator Footage |
| 71 | | 8/19/2026 | X | | X | Drone Operator Footage |
| 72 | | 8/19/2026 | X | | X | Drone Operator Footage |
| 73 | | 8/19/2026 | X | | X | Drone Operator Footage |
| 74 | | 8/19/2026 | X | | X | Drone Operator Footage |
| 75 | | 8/19/2026 | X | | X | Drone Operator Footage |
| 76 | | 8/19/2026 | X | | X | Chart of funds going to Hound Dog Energy |
| 77 | | 8/19/2026 | X | | X | Chart of funds going to Hound Dog Energy |

| Govt No. | Deft No. | Date Offered | Off. | Obj. | Adm. | **Description of Exhibits*** |
|---|---|---|---|---|---|---|
| 78 | | 8/19/2026 | X | | X | Chart of funds Cellebrite Extraction of Jensen's Seized Phone, Conversation with Stuart Dollar August 2025 |
| 79 | | 8/19/2026 | X | | X | Certified Copy of Release/Bond order in uSA v Jensen, from the United States District Court for the Southern District of Tx 1:25-CR-00257 |