**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.** **Criminal No. 25-4750-SMD**

**MAXWELL STERLING JENSEN,**
**THOMAS REES,**
**CHRISTIAN JESUS CONTRERAS-VARELA,**
**CHRISTOPHER ORTEGA,**
**GERMAN ORTIZ-SANTILLANO,**
**CARLOS CONTRERAS,**
**OBED LOPEZ, and**
**SAMUEL CARDONA-QUEZADA.**

**Defendants.**

# FINDINGS OF FACT AND CONCLUSIONS OF LAW

Christopher Ortega files these proposed Findings of Fact and Conclusions of Law.

## Findings of Fact

1. Christopher Ortega was hired in July of 2026 by Max Jensen to work at the 7 Rivers Frac Yard near Carlsbad, New Mexico.

2. Max Jensen did not disclose to Christopher Ortega that the frac yard would be processing stolen oil.

3. Christopher Ortega was supervised and trained by Thomas Rees.

4. Thomas Rees did not disclose to Christopher Ortega that the frac yard would be processing stolen oil.

5. When Christopher Ortega questioned the source of the oil processed in the frac yard,

Thomas Rees deflected the questions and did not provide true answers to Christopher Ortega.

6. Max Jensen and Thomas Rees intentionally misled Christopher Ortega about the frac yard so that he would facilitate their scheme to process stolen oil.

7. Christopher Ortega did not conspire with Max Jensen or Thomas Rees, or with any other person, to traffic in stolen oil.

8. The evidence does not establish that Christopher Ortega knew that the oil was stolen.

**Conclusions of Law**

Membership in a conspiracy "requires proof of purposeful behavior aimed at furthering the goals of the conspiracy." United States v. Torres, 519 F.2d 723, 726 (2d Cir. 1975).

Mere knowledge of the existence and purpose of a conspiracy does not alone establish membership in the conspiracy. United States v. Boidi, 568 F.3d 24, 30 (1st Cir. 2009). It is axiomatic that more is required than mere knowledge of the purpose of a conspiracy.

The Court finds the Defendant, **Christopher Ortega**, Not Guilty of 18 U.S.C. § 371: Conspiracy to Commit Interstate Transportation of Stolen Property as charged in Count 1 of the Superseding indictment.

The Court finds the Defendant, **Christopher Ortega**, Not Guilty of 18 U.S.C. § 2314: Interstate Transportation of Stolen Property as charged in Count 5 of the Superseding indictment.

The Court finds the Defendant, **Christopher Ortega**, Not Guilty of 18 U.S.C. § 2314: Interstate Transportation of Stolen Property as charged in Count 9 of the Superseding indictment.

s/Andrew Ottaway
Counsel for Christopher Ortega
Text/cell 817-559-0466
ottaway9@swbell.net
New Mexico State Bar No. 161975
New Mexico Federal Bar No. 22-199

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification to all involved.

Electronically filed August 28, 2026

/s/Andrew Ottaway