**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.** **Criminal No. 25-4750-SMD**

**MAXWELL STERLING JENSEN,**
**THOMAS REES,**
**CHRISTIAN JESUS CONTRERAS-VARELA,**
**CHRISTOPHER ORTEGA,**
**GERMAN ORTIZ-SANTILLANO,**
**CARLOS CONTRERAS,**
**OBED LOPEZ, and**
**SAMUEL CARDONA-QUEZADA.**

**Defendants.**

## ARGUMENT

The crime of criminal conspiracy is committed by entering into an agreement to break the law.

How can you be in agreement when the other person is not telling you the truth?

Whenever Chris questioned Tom about the source of the oil Tom deflected his questions and did not give him a straight answer. Carlos was already bringing oil to the frac yard before Chris went to work for Tom and Max. Tom told Chris that Carlos had given him contracts to prove where Carlos obtained the oil. Chris was not in any of the drone pictures or videos of Carlos and his people while they were stealing oil from the pipelines.

Chris was in the pictures at the frac yard, doing his job, unloading trucks.

Membership in a conspiracy requires proof of purposeful behavior aimed at furthering the goals of the conspiracy.

Mere knowledge of the existence and purpose of a conspiracy does not alone establish membership in the conspiracy.

Tom Rees testified that he had no agreement with Christopher Ortega to deal with stolen oil.

Christopher Ortega is mentioned in Counts 1, 5, and 9 of the indictment.

Count 1

From on or about March 12, 2025, and continuing to on or about August 22, 2025, in Eddy County, in the District of New Mexico, and elsewhere, the defendants, Maxwell Sterling Jensen, Thomas Rees, Christian Contreras-Varela, Christopher Ortega, German Ortiz-Santillano, Carlos Contreras, Obed Lopez, and Samuel Cardona-Quezada, knowingly, and unlawfully, combined, conspired, confederated, agreed, and acted interdependently with each other and with other persons whose names are known and unknown to the Grand Jury to commit interstate transportation of stolen property.

Count 5

On or about July 30, 2025, in Eddy County, in the District of New Mexico, the defendants, Thomas Rees, Christian Contreras-Varela and Christopher Ortega, unlawfully transported, transmitted, and transferred in interstate commerce, stolen goods, wares and merchandise, specifically, crude oil, in the value of $5,000 and more, knowing the same to have been stolen, converted, and taken by fraud.

Count 9

On or about August 21, 2025, in Eddy County, in the District of New Mexico, the defendant, Thomas Rees, Carlos Contreras and Christopher Ortega, unlawfully transported, transmitted, and transferred in interstate commerce, stolen goods, wares and merchandise, specifically, crude oil, in the value of $5,000 and more, knowing the same to have been stolen, converted, and taken by fraud.

Max Jensen and Tom Rees tricked Christopher Ortega into coming to work for them, and they did not tell him that the job he accepted involved engaging in criminal conduct. He worked at the oil receiving facility for about six weeks before everyone was arrested.

If you follow the money, Christopher Ortega received a paycheck, and a commission for bringing in a customer who sold oil at the yard. He never received any other money, and was just doing the job he was hired to do.

In one of the recordings made by the confidential informant, Max Jensen says "we may have to cut him in", referring to Christopher Ortega. This indicates that his was <u>not</u> in the conspiracy for the purpose of getting a share of the money at the time Max Jensen made the statement.

Christopher Ortega has been debriefed by the Government and his post-arrest and debriefing statements are consistent with his contention that the other defendants mislead him about the criminal nature of the enterprise.

In the recorded statement made by the confidential informant on the day everyone was arrested, Exhibit 34A, at page 4773, the following exchange occurred:

CI: Yeah, Max said stay away from anyone that ever says anything stolen.

Ortega: Exactly.

Then in the same recorded statement, at page 4777:

Ortega: Yeah, we don't use that word. It's like, yeah, we had a guy yesterday trying to bring us oil and why, man, we're not interested, you know what I mean? Like, I don't know where you got it. Fucking being kind of weird about it. Like we're not interested.

The evidence is insufficient to establish an agreement to traffic in stolen property.

The evidence is insufficient to establish that Chris knowingly transported stolen oil in interstate commerce.

His defenses are not inconsistent with much of the Government's evidence. The Government has not proven him guilty beyond a reasonable doubt.

/s/Andrew Ottaway
Counsel for Christopher Ortega
Text/cell 817-559-0466
ottaway9@swbell.net
New Mexico State Bar No. 161975
New Mexico Federal Bar No. 22-199

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification to all involved.

Electronically filed August 28, 2026

/s/Andrew Ottaway