25CR4750 MIS

~~Judge Assignment~~

Attorney Update

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**
**OFFICE OF THE CLERK**
**SUITE 270**
**333 LOMAS BLVD. N.W.**
**ALBUQUERQUE, NEW MEXICO 87102**

**OFFICIAL BUSINESS**

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

SEP 09 2026

ERIK PALTROW
CLERK

ALBUQUERQUE NM 870
18 AUG 2026PM 3
FIRST-CLASS

US POSTAGE PITNEY BOWES
ZIP 87102 $ 000.78⁰
02 7W
0008034596 AUG 18 2026

RTS
Not at
this address

Jason Davis
Law Office of Jason Davis, PC
5945 Broadway
San Antonio, TX 78209

NIXIE 750 FE 1 0009/05/26

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

UTF
78209-5235274

BC: 87102227470 *0668-06196-18-37