**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA,

Plaintiff,

v. Cr. No. 5:25-CR-04750-MIS

MAXWELL STERLING JENSEN ET. AL,

Defendant.

# ENTRY OF APPEARANCE

The United States of America respectfully submits this notice that Assistant United States Attorney Taylor F. Hartstein, hereby enters his appearance as counsel in this cause

The United States requests that all notices, pleadings, and correspondence be delivered to the attention of Taylor F. Hartstein.

Respectfully submitted,

TODD BLANCHE
Attorney General
RYAN ELLISON
First Assistant United States Attorney

***Electronically filed***
TAYLOR F. HARTSTEIN
Assistant U.S. Attorney
201 Third St. NW, Suite 900
Albuquerque, NM 87103
(505) 224-1431

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 22, 2026, I filed the foregoing pleading electronically through the CM/ECF system, which will cause a copy of this filing to be sent to counsel for the Defendant.

*/s/ Taylor F. Hartstein*
TAYLOR F. HARTSTEIN
Assistant U.S. Attorney