**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| | § | |
| **v.** | § | **CAUSE NO. 5:25-cr-04750-MIS** |
| | § | |
| **MAXWELL STERLING JENSEN** | § | |

**MOTION TO WITHDRAW AS ATTORNEY OF RECORD**

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now, BROCK BENJAMIN, attorney of record for Defendant, MAXWELL STERLING JENSEN, and respectfully moves the Court to permit him to withdraw as attorney of record and to be relieved of all further responsibility in connection with the above entitled and numbered cause, and as grounds would show the Court the following:

**I.**

The undersigned will state that communication with the Defendant and Defendant's family members has stopped thereby braking a health attorney-client relationship.

Defendant has signed the foregoing motion agreeing/opposing the undersigned's request to withdraw as his attorney.

**II.**

Counsel for Defendant does not desire to impede this Honorable Court's docket nor obstruct the interest of justice but would file the instant motion because Counsel for Defendant feels it is in the best interest of his client.

**III.**

There are no pending hearings in this case.

**IV.**

Defendant's current address is 10 McGregor Range Road, Chaparral, NM 88081, Otero County Prison Facility. A copy of this motion was mailed to him via Certified Mail, Return Receipt Requested at that address.

WHEREFORE, PREMISES CONSIDERED, Movant has no alternative but to file this Motion to Withdraw. Movant hereby prays that he be granted permission to withdraw as attorney of record for Defendant and that he be relieved of all further responsibility in connection with this cause. Further that the Court after allowing the undersigned's withdrawal, appoint new counsel.

Respectfully submitted,

*<u>/s/ Brock Benjamin</u>*
BROCK BENJAMIN
NM Bar No. 141535
Attorney for Defendant
1013 E. San Antonio Ave.
El Paso, Texas 79901
Tel. (915) 412-5858
Fax (915) 503-2224
Email:

AGREED / OPPOSED

MAXWELL STERLING JENSEN

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this the 2nd day of October, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and service to all CM/ECF registrants.

*/s/ Brock Benjamin*
BROCK BENJAMIN