**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **Plaintiff,** | § | |
| **v.** | § | **CAUSE NO. 5:25-cr-04750-MIS** |
| | § | |
| **MAXWELL JENSEN** | § | |
| | § | |
| **Defendant.** | § | |

**DEFENDANT MAXWELL STERLING JENSEN'S NOTICE OF INTENT TO REQUEST REDACTION OF TRANSCRIPT**

Defendant Maxwell Sterling Jensen, by and through undersigned counsel, hereby gives notice, pursuant to Section 15(b) of this Court's CM/ECF Administrative Procedures Manual, of Defendant's intent to request redaction of personal identifiers from the Transcript of Pretrial Conference Proceedings held on August 11, 2026, before District Judge Margaret I. Strickland, filed on September 29, 2026 (Doc. 355).

Pursuant to Section 15(c) of the CM/ECF Administrative Procedures Manual, Defendant will file a redaction request setting forth the page and line number of the data to be redacted, without revealing the personal information itself, on or before October 20, 2026.

Respectfully Submitted,

/s/ Benigno (Trey) Martinez
BENIGNO (TREY) MARTINEZ
State Bar No. 00797011
Federal ID No. 23945
MARTINEZ / TIJERINA, PLLC
1201 E. Van Buren
Brownsville, Texas 78520
Tel: 956-550-4868
Fax: 956-621-0135
E-mail: trey@mbmtlawfirm.com

Robert Guerra, Lead Counsel

Federal ID No. 570991
State Bar No. 24036694
1201 E. Van Buren St.
Brownsville, Texas 78520
Ph. (956) 254-0694
E-mail: rguerra@rguerralaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Benigno (Trey) Martinez
Benigno (Trey) Martinez