**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.** **CRIMINAL NO. 25-CR-04750-MIS**

**MAXWELL STERLING JENSEN,**

**Defendant.**

**ENTRY OF APPEARANCE**

**COMES NOW** Matilda Villalobos, and enters her appearance as local counsel of record on behalf of Maxwell Sterling Jensen, in association with Defendant's out-of-state counsel pursuant to D.N.M.LR-Cr. 44.1(e), in the above-styled matter, and requests that all further pleadings, notices, and correspondence be directed to her attention.

Respectfully submitted,

Matilda Villalobos

**Matilda Villalobos**
Villalobos Law
PO Box 13292
Las Cruces, NM 88013
Phone: 575-288-2263
Fax: 575-288-2263
Email: tilli@villaloboslaw.net
Local Counsel for Maxwell Jensen

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of October 2026, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

James Andrew Dickens
Benjamin Turner Suslavich
Assistant United States Attorneys
200 N. Church St.
Las Cruces, NM 88001

Matilda Villalobos

**Matilda Villalobos**