**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.** **CRIMINAL NO. 25-CR-04750-MIS**

**MAXWELL STERLING JENSEN,**

**Defendant.**

**MOTION TO SUBSTITUTE LOCAL COUNSEL**

**COMES NOW**, Maxwell Sterling Jensen, by and through counsel, and moves this Court for an Order substituting Matilda Villalobos as local counsel of record in place of Brock M. Benjamin and allowing Mr. Benjamin to withdraw. As grounds for this Motion, Mr. Jensen states:

1. Brock M. Benjamin entered his appearance on behalf of Mr. Jensen on September 11, 2025. Doc. 8 (filed in No. 5:25-mj-03354-GJF). Mr. Benjamin has served as the eligible member of the Federal Bar of the District of New Mexico with whom Mr. Jensen's out-of-state counsel are associated. *See* D.N.M.LR-Cr. 44.1(e); Docs. 99, 102, 317.
2. On October 2, 2026, Mr. Benjamin moved to withdraw. Doc. 359. On October 7, 2026, the Court denied that motion without prejudice under D.N.M.LR-Cr. 44.1(e) until substitute counsel is retained to replace local counsel. Doc. 361.
3. Mr. Jensen has retained Matilda Villalobos to serve as his local counsel. Ms. Villalobos is a member in good standing of the Federal Bar of the District of New

Mexico and a Registered Participant in the Court's CM/ECF system. *See* D.N.M.LR-Cr. 44.1(c), (d). She has filed her Entry of Appearance. Doc. 363.

4. Upon substitution, Mr. Jensen's out-of-state counsel, including lead counsel Benigno (Trey) Martinez, will be associated with Ms. Villalobos as eligible local counsel, satisfying D.N.M.LR-Cr. 44.1(e). The substitution will not delay any proceeding in this matter.
5. Mr. Jensen consents to this substitution. Mr. Benjamin and Mr. Martinez concur in this Motion.
6. Given the nature of this filing, the government's position was not sought.
7. Mr. Jensen does not request a hearing on this Motion. *See* D.N.M.LR-Cr. 47.10.

WHEREFORE, Mr. Jensen respectfully requests that this Court grant this Motion, substitute Matilda Villalobos as local counsel of record in place of Brock M. Benjamin, permit Mr. Benjamin to withdraw, and grant such further relief as this Court deems just and proper in the premises.

Respectfully submitted,

*Matilda Villalobos*

**Matilda Villalobos**
Villalobos Law
PO Box 13292
Las Cruces, NM 88013
Phone: 575-288-2263
Fax: 575-288-2263
Email: tilli@villaloboslaw.net
Local Counsel for Maxwell Jensen

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of October 2026, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

James Andrew Dickens
Benjamin Turner Suslavich
Assistant United States Attorneys
200 N. Church St.
Las Cruces, NM 88001

Brock M. Benjamin
1013 E. San Antonio Ave.
El Paso, TX 79901

Matilda Villalobos

**Matilda Villalobos**