**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.** **CRIMINAL NO. 25-CR-04750-MIS**

**MAXWELL STERLING JENSEN,**

**Defendant.**

**ORDER GRANTING MOTION TO SUBSTITUTE LOCAL COUNSEL**

THIS MATTER comes before the Court on Defendant Maxwell Sterling Jensen's Motion to Substitute Local Counsel (Doc. 363). The Court, having reviewed the Motion and noting the concurrence of withdrawing local counsel and lead counsel, finds that the Motion is well taken and should be GRANTED.

IT IS THEREFORE ORDERED that Matilda Villalobos is substituted as local counsel of record for Defendant Maxwell Sterling Jensen in place of Brock M. Benjamin, and that Brock M. Benjamin is permitted to withdraw as counsel for Defendant.

IT IS FURTHER ORDERED that Defendant's out-of-state counsel shall remain associated with Matilda Villalobos as local counsel pursuant to D.N.M.LR-Cr. 44.1(e).

Margaret Strickland

HONORABLE MARGARET I. STRICKLAND
UNITED STATES DISTRICT JUDGE