**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**
**ROSWELL DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 5:25-CR-04750-MIS-2 |
| | ) | |
| THOMAS REES | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO WITHDRAW ATTORNEY**

Mr. MURDOCH WALKER II, Esq. and Mr. SERGUEL MAWUKO AKITI, Esq., pursuant to D.N.M. Crim. R. 44.1(f), respectfully move this Court to withdraw Mr. SAMUEL LENARD JOSEPH, Esq., as an attorney of record for Mr. Thomas Rees.

## I. Procedural History

Mr. Rees retained Lowther | Walker, LLC for representation in the instant matter.

On September 4, 2025, Mr. Serguel Mawuko Akiti, Esq. filed a notice of appearance for Mr. Rees. (ECF No. 16.) On that same day, Mr. Murdoch Walker II, Esq. filed a notice of appearance for Mr. Rees. (ECF No. 17.) On November 21,

2025, Mr. Samuel Lenard Joseph, Esq. filed a notice of appearance for Mr. Rees. (ECF No. 47.)

## II. Factual Assertions

On October 30, 2026, Mr. Samuel Lenard Joseph, Esq. stopped working for Lowther | Walker, LLC.

## III. Argument and Citation of Authority

"Withdrawal or substitution of counsel must be by motion and order." D.N.M. Crim. R. 44.1(f). Additionally, "a lawyer . . . shall withdraw from the representation of a client if . . . the lawyer is discharged." Ga. R. Prof'l Cond. 1.16(a)(3).

Mr. Walker and Mr. Akiti submit that, because Mr. Rees retained Lowther | Walker LLC and Mr. Joseph is no longer employed at Lowther | Walker, LLC, he has been discharged and must withdraw his representation. Additionally, Mr. Walker and Mr. Akiti have been working with Mr. Rees since September 2025 and is familiar with the facts, circumstances, and posture of his case.

## IV. Conclusion

Mr. Walker and Mr. Akiti, pursuant to the foregoing assertions and argument, pray that this Court withdraw Mr. Joseph as an attorney of record for Mr. Thomas Rees.

Date: November 12, 2026

Respectfully submitted,

***s/ Serguel Mawuko Akiti***
Serguel Mawuko Akiti, Esq.
D.C. Bar # 1631134
sakiti@lowtherwalker.com

***s/ Murdoch Walker, II***
Murdoch Walker II, Esq.
Ga. Bar # 163417
mwalker@lowtherwalker.com

Lowther | Walker LLC
101 Marietta St. NW, Ste. 3650
Atlanta, GA 30303
O 404.496.4052 | F 866.819.7859
www.lowtherwalker.com

Attorneys for Defendant
Thomas Rees

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**
**ROSWELL DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 5:25-CR-04750-MIS-2 |
| | ) | |
| THOMAS REES | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 12, 2026, I electronically filed the foregoing MOTION TO WITHDRAW ATTORNEY with the Clerk of the United States District Court for the District of New Mexico by way of the CM/ECF system, which automatically will serve this document on the attorneys of record for the parties in this case by electronic mail.

Date: November 12, 2026

Respectfully Submitted,

***s/ Serguel Mawuko Akiti***
Serguel Mawuko Akiti, Esq.
D.C. Bar # 1631134
sakiti@lowtherwalker.com

Lowther | Walker LLC
101 Marietta St. NW, Ste. 3650
Atlanta, GA 30303
O 404.496.4052 | F 866.819.7859
www.lowtherwalker.com