**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**
**ROSWELL DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 5:25-CR-04750-MIS-2 |
| | ) | |
| THOMAS REES | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO MODIFY CONDITIONS OF RELEASE**

Mr. THOMAS REES, pursuant to 18 U.S.C. § 3143, respectfully moves this Court to modify his conditions of release to allow him to move from his aunt's house to his father's house.

## I. Relevant Procedural History

On October 23, 2025, this Court released Mr. Rees with conditions of release that include, *inter alia*, a travel restriction to his county of residence with direct travel to Las Cruces, NM for court purposes or to meet with his attorney. (Order Setting Conditions of Release, ECF No. 30.) Pretrial services is authorized to expand Mr. Rees' travel to within the United States if necessary. (*Id.*)

On June 4, 2026, Mr. Rees pleaded guilty to one count of conspiracy in violation of 18 U.S.C. § 371 (Count One), one count of conspiracy to launder

money in violation of 18 U.S.C. § 1967(h) (Count Three), two counts of interstate transportation of stolen property in violation of 18 U.S.C. § 2314 (Counts Five and Nine), and two counts of laundering of monetary instruments in violation of 18 U.S.C. § 1956(a)(1)(B)(i). (Plea Agreement, ECF No. 259.)

On that same day, this Court continued Mr. Rees' previous conditions of release. (Am. Mins., ECF No. 261.)

## II. Factual Assertions

Mr. Rees currently resides in Utah County, Utah, with his aunt. Mr. Rees maintains full-time employment in Salt Lake County, Utah. Mr. Rees hopes to move to his father's house in Salt Lake County, Utah, to be closer to his place of work.

Mr. Rees has discussed this move with his probation officer, Heidi Groussmann, who agrees it would make more sense for him to live with his father closer to work.

## III. Argument and Citation of Authority

This Court may change release conditions at any time. 18 U.S.C. §§ 3142–3. This Court, by releasing Mr. Rees pending sentencing, has found, by clear and convincing evidence, that he is not a flight risk or a danger to the community. 18 U.S.C. §§ 3142(c)(1) and 1343.

Mr. Rees submits that the proximity to his job is a valid reason to grant his request to live with his father. He will continue to abide by all conditions of release while living there, as he has in the year he has been on pretrial release.

## IV. Opposing Party's Position

The Government does not oppose this request.

U.S. Probation does not oppose this request.

## V. Conclusion

Mr. Rees, based on the foregoing factual assertions and arguments, prays that this Court grant his request.

Date: November 12, 2026

Respectfully submitted,

*s/ Serguel Mawuko Akiti*
Serguel Mawuko Akiti, Esq.
D.C. Bar # 1631134
sakiti@lowtherwalker.com

*s/ Murdoch Walker, II*
Murdoch Walker, II, Esq.
Ga. Bar # 163417
mwalker@lowtherwalker.com

Lowther | Walker LLC
101 Marietta St., NW, Ste. 3650
Atlanta, GA 30303
O 404.496.4052 | F 866.819.7859
www.lowtherwalker.com

Attorneys for Defendant
Thomas Rees

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**
**ROSWELL DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 5:25-CR-04750-MIS-2 |
| | ) | |
| THOMAS REES | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I certify that on November 12, 2026, I electronically filed the foregoing MOTION TO MODIFY CONDITIONS OF RELEASE with the Clerk of the United States District Court for the District of New Mexico by way of the CM/ECF system, which automatically will serve this document on the attorneys of record for the parties in this case by electronic mail.

Date: November 12, 2026

Respectfully submitted,

*s/ Serguel Mawuko Akiti*
Serguel Mawuko Akiti, Esq.
D.C. Bar # 1631134
sakiti@lowtherwalker.com

Lowther | Walker LLC
101 Marietta St. NW, Ste. 3650
Atlanta, GA 30303
O 404.496.4052 | F 866.819.7859
www.lowtherwalker.com